1  Andrew Bisom - SBN - 137071
   THE BISOM LAW GROUP
2  300 Spectrum Center Drive, Ste. 400
   Irvine, CA. 92618
3  Tel: 714-643-8900
   Fax:714-643-8901
4  abisom@bisomlaw.com

5  Attorney for Debtor

6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

               RIVERSIDE DIVISION
9

10

   In re:                          )  Case No.: 6:24-bk-16080-SY
11                                  )
     FREIGHT MASTERS USA,           )  CHAPTER 11
12                                  )
          Debtor.                   )  DEBTOR'S BALANCE SHEET
13                                  )
                                    )  [NO HEARING REQUIRED]
14                                  )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17 _____)

18

19

20

21 Dated: October 16, 2024          THE BISOM LAW GROUP

22

23 By: _____
      ANDREW S. BISOM, Attorney for
24    FREIGHT MASTERS USA

25

                        -1-

# Freight Masters USA New

## Balance Sheet

As of September 30, 2024

|  | TOTAL |
|---|---|
| Long-Term Liabilities | |
| Loan Payable | 83,004.58 |
| **Total Long-Term Liabilities** | **$83,004.58** |
| **Total Liabilities** | **$83,004.58** |
| Equity | |
| Common Stock | 100.00 |
| Opening balance equity | 1,000.00 |
| Retained Earnings | 280,331.63 |
| Net Income | 99,272.52 |
| **Total Equity** | **$380,704.15** |
| **TOTAL LIABILITIES AND EQUITY** | **$463,708.73** |

# Freight Masters USA New

## Balance Sheet

As of September 30, 2024

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Checking (2400) - 1 | -3,068.04 |
| Checking 1870 | 0.00 |
| New Account Transfer | 0.00 |
| Savings | 2,000.00 |
| **Total Bank Accounts** | **$ -1,068.04** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 259,879.44 |
| **Total Accounts Receivable** | **$259,879.44** |
| Other Current Assets | |
| Due To/From Staff Masters | 30,000.00 |
| Due To/From TMT Industries, Inc. | -744,629.79 |
| Payments to deposit | -5,470.00 |
| **Total Other Current Assets** | **$ -720,099.79** |
| **Total Current Assets** | **$ -461,288.39** |
| Fixed Assets | |
| Long-term office equipment | |
| Computers & tablets | 900.00 |
| Copiers | 2,679.75 |
| **Total Long-term office equipment** | **3,579.75** |
| Tools, machinery, and equipment | 36.61 |
| Vehicles | 139,611.76 |
| **Total Fixed Assets** | **$143,228.12** |
| Other Assets | |
| Security Deposit | 781,769.00 |
| **Total Other Assets** | **$781,769.00** |
| **TOTAL ASSETS** | **$463,708.73** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Other Current Liabilities | |
| Accrued Expenses | 0.00 |
| **Total Other Current Liabilities** | **$0.00** |
| **Total Current Liabilities** | **$0.00** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 Spectrum Center Drive, Ste. 400. Irvine, CA. 92618. A true and correct copy of the foregoing document entitled
(*specify*): **Debtor's Balance Sheet** will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
October 16, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below.

- **Andrew S Bisom**   abisom@bisomlaw.com
- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **Everett L Green**   everett.l.green@usdoj.gov
- **Cameron C Ridley**   Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐

Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On October 16, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2024 | Andrew Bisom | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                               **F 9013-3.1.PROOF.SERVICE**