Andrew Bisom - SBN - 137071
THE BISOM LAW GROUP
300 Spectrum Center Drive, Ste. 400
Irvine, CA. 92618
Tel: 714-643-8900
Fax: 714-643-8901
abisom@bisomlaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | ) Case No.: 6:24-bk-16080-SY |
| | ) |
| **FREIGHT MASTERS USA,** | ) CHAPTER 11 |
| | ) |
| **Debtor.** | ) **DEBTOR'S CASH FLOW STATEMENT** |
| | ) |
| | ) [NO HEARING REQUIRED] |
| _____ | ) |

Dated: October 16, 2024      THE BISOM LAW GROUP

By: /s/ Andrew Bisom
ANDREW S. BISOM, Attorney for
FREIGHT MASTERS USA

-1-

# Freight Masters USA New

## Statement of Cash Flows
October - December, 2024

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
|   Net Income | -950.12 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|     Accounts Receivable (A/R) | 20,289.93 |
|     Due To/From TMT Industries, Inc. | 0.00 |
|   Total Adjustments to reconcile Net Income to Net Cash provided by operations: | 20,289.93 |
| **Net cash provided by operating activities** | **$19,339.81** |
| **NET CASH INCREASE FOR PERIOD** | **$19,339.81** |
| Cash at beginning of period | -6,538.04 |
| **CASH AT END OF PERIOD** | **$12,801.77** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 Spectrum Center Drive, Ste. 400. Irvine, CA. 92618. A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Cash Flow Statement** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 16, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

- **Andrew S Bisom**   abisom@bisomlaw.com
- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **Everett L Green**   everett.l.green@usdoj.gov
- **Cameron C Ridley**   Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On October 16, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2024 | Andrew Bisom | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE