PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
ALI MATIN, SBN 268542
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:   (951) 276-6990
Facsimile:   (951) 276-6973
Email:       ali.matin@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FREIGHT MASTERS USA,<br><br>    Debtor &<br>    Debtor-In-Possession. | Case No. 6:24-bk-16080-SY<br><br>Chapter 11 (Subchapter v)<br><br>**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE** |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee hereby appoints the following qualified individual as Subchapter V trustee in the above-captioned case:

Arturo Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Tel:         (951) 328-3124
Facsimile:   (951) 682-9707
Email:       amctrustee@mclaw.org

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: October 11, 2024

*Peter C Anderson*
Peter C. Anderson
United States Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

IN RE: Freight Masters USA  CASE NO. 6:24-bk-16080-SY

Debtor(s)  CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at $600/hr (and Trustee Administrator and Sub V Law Clerk at $200/hr), in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: October 11, 2024

Arturo Cisneros

1