ANDREW S. BISOM (SBN 137071)
THE BISOM LAW GROUP
300 Spectrum Center Drive, Ste. 400
Irvine, CA 92618
Telephone: (714) 643-8900
Facsimile: (714) 643-8901
abisom@bisomlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| **In re:**<br><br>**FREIGHT MASTERS USA,**<br><br>**Debtor.** | Case No. 6:24-bk-16080-SY<br><br>Chapter 11<br><br>**STATUS CONFERENCE REPORT**<br><br>Date: December 12, 2024<br>Time: 1:30 p.m.<br>Ctrm: 302 |

Freight Masters USA ("Freight Masters" or "Debtor") hereby submits its Status Conference Report as follows:

1.  On October 10, 2024, Debtor filed a voluntary Chapter 11, Subchapter V petition in the United States Bankruptcy Court for the Central District of California, Santa Ana Division as case number 6:24-bk-16080-SY. Arturo Cisneros is the Subchapter 5 Trustee. Antonio Martinez, Jr. is the Debtor's CEO and CFO. Debtor is a "small business" as that term is defined in 11 U.S.C. §1182(1).

STATUS REPORT

2. Freight Masters has operated a warehousing and distribution warehouse in Riverside since 2022. Its operations involve unloading client's shipping containers that arrive from overseas and store them at its facilities until needed. It then arranges for delivery to its customer's own clients through third-party shipping companies such as Federal Express, UPS and others.

3. Freight Masters' financial problems were caused when it entered into a lease that in hindsight it could not afford and fell behind on its rent payments to its landlord, RLP III LLC. Monthly rent payments are approximately $250,000 per month and arrears total about $1.2 million.

4. Freight Masters cannot afford the monthly rent on the premises and has identified one or more alternate locations with have less square footage but significantly smaller monthly lease payments. Debtor does not intend to assume the current lease.

5. Debtor estimates that it will require 90-120 days to negotiate a new lease agreement and vacate its current premises.

6. Debtor's objective is to file a plan of reorganization that restructures its debt to the landlord and its other creditors.

7. Debtor is not aware of any parties that are asserting an interest in cash collateral.

8. Debtor is still determining its reorganization strategy. It estimates that a plan and disclosure statement can be filed within the 90-day deadline established by Sec. 1189 and will be funded from future income from business operations.

9. Debtor believes that it is in full compliance with its duties and obligations under 11 U.S.C. §§521 and 1187 and Fed. R. Bankr. P. 1007 and all of the U.S. Trustee guidelines. Any outstanding obligations will be satisfied prior to the Status Conference.

10. Andrew S. Bisom and the Bisom Law Group are the only professionals that the Estate anticipates retaining at this time. Mr. Bisom's employment application has been filed and is pending before the Court.

11. Debtor does not expect to market or sale any of its assets.

12. The following chart shows the Debtor's income and expenses for the 12 months preceding the bankruptcy case and projections for the next six months:

| Month | Sales | Expenses |
| --- | --- | --- |
| October 2023 | $59,559.75 | $226,128.01 |
| November 2023 | $110,815.48 | $271,812.31 |
| December 2023 | $153,360.45 | $209,961.31 |
| January 2024 | $216,017.14 | $407,765.71 |
| February 2024 | $167,522.48 | $205,658.06 |
| March 2024 | $206,356.78 | $226,773.44 |
| April 2024 | $249,196.63 | $247,589.42 |
| May 2024 | $280,599.44 | $329,360.52 |
| June 2024 | $193,621.29 | $155,011.02 |
| July 2024 | $248,366.19 | $260,000.17 |
| August 2024 | $199,083.06 | $240,517.44 |
| September 2024 | $165,900.26 | $174,834.15 |
| October 2024 (projected) | $159,517.45 | $168,960.62 |
| November 2024 (projected) | $162,785.78 | $150,988.31 |

STATUS REPORT

| December 2024 (projected) | $151,664.81 | $140,279.98 |
| January 2025 (projected) | $140,543.84 | $129,571.66 |
| February 2025 (projected) | $129,422.87 | $118,863.33 |
| March 2025 (projected) | $118,301.90 | $108,155.01 |

13.    The chart shows that the Debtor showed a profit in only in April and June of 2023. This is due to the Debtor's rent obligations. Moving forward, once Freight Masters moves into a new facility with affordable rent, it projects that it should be able to operate profitably.

DATED: November 5, 2024

THE BISOM LAW GROUP

By: /s/ Andrew Bisom
ANDREW S. BISOM
Attorney for Debtor

STATUS REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 Spectrum Center Drive, Ste. 400. Irvine, CA. 92618. A true and correct copy of the foregoing document entitled (*specify*): **Status Conference Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 5, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

- Andrew S Bisom    abisom@bisomlaw.com
- Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
- Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Everett L Green    everett.l.green@usdoj.gov
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐

Service information continued on attached page

**2. (BY FACSIMILE AND EMAIL)** I am readily familiar with the practice of the BISOM LAW GROUP for collection and processing of documents for facsimile and electronic mail and know that the documents described herein will be sent via electronic mail and facsimile from (714) 643-8901.

**3. SERVED BY U.S. MAIL:**
On November 5, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2024 | Andrew Bisom | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## CREDITOR LIST

CA Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

TMT Industries, Inc.
779 Palmyrita Ave.
Riverside, CA 92507