**Fill in this information to identify the case:**

Debtor Name: Freight Masters USA

United States Bankruptcy Court for the: Central District of California

Case number: 6:24-bk-16080-SY

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: 10/31/2024

Date report filed: 11/21/2024
MM / DD / YYYY

Line of business: Storage

NAISC code: 493100

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

Original signature of responsible party

Printed name of responsible party: Tony Martinez Jr

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Freight Masters USA**    Case number **6:24-bk-16080-SY**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 22,581.95

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 66,935.52

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 56,641.32

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 10,294.20

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 32,876.15

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  Freight Masters USA                                    Case number 6:24-bk-16080-SY

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                  $ _____0.00_

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                              _____8_
27. What is the number of employees as of the date of this monthly report?                                  _____8_

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ _____0.00_
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_
30. How much have you paid this month in other professional fees?                                          $ _____0.00_
31. How much have you paid in total other professional fees since filing the case?                         $ _____0.00_

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 66,935.52 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 56,641.32 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 10,294.20 | = | $ _____ |

35. Total projected cash receipts for the next month:                                                      $ _____
36. Total projected cash disbursements for the next month:                                               − $ _____
37. Total projected net cash flow for the next month:                                                    = $ _____

Debtor Name **Freight Masters USA**                              Case number **6:24-bk-16080-SY**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Freight Masters USA
## Exhibit A
**October 2024**

DIP accounts were not opened until November 2024.

**Freight Masters USA**
## Exhibit B
**October 2024**

DIP accounts were not opened until November 2024.
Checks that were distributed prior to 10/10/2024 cleared the bank.

# Freight Masters USA
## Exhibit C
### October 10 - 31, 2024

| Date | Name | Paid Amount |
|---|---|---:|
| **Oct 10 - 31, 24** | | |
| 10/15/2024 | Deposit | 7,885.09 |
| 10/17/2024 | Deposit | 3,500.00 |
| 10/18/2024 | POS Return | 125.34 |
| 10/18/2024 | Deposit | 300.32 |
| 10/22/2024 | Deposit | 9,204.00 |
| 10/23/2024 | Deposit | 37,438.52 |
| 10/24/2024 | Deposit | 77.25 |
| 10/24/2024 | Deposit | 2,200.00 |
| 10/29/2024 | Deposit | 6,205.00 |
| **Oct 10 - 31, 24** | | **66,935.52** |

# Freight Masters USA
## Exhibit D
**October 4 - 31, 2024**

| Date | Num | Name | Split | Paid Amount |
|---|---|---|---|---:|
| 10/04/2024 | 741 | IPFS Corporation of California | Insurance | -542.49 |
| 10/04/2024 | 734 | AFCO Direct | Insurance | -1,363.24 |
| 10/04/2024 | 731 | Ruben Tarazas | Commissions & fees | -600.00 |
| 10/04/2024 | 732 | IE Alarm Systems | Alarm Fee | -210.00 |
| 10/04/2024 | 733 | All State Propane | Propane | -533.35 |
| 10/04/2024 | 739 | Code Red Fire, Inc | Building Expenses | -1,023.91 |
| 10/04/2024 | 740 | ME & GE Lumpers | Contract labor | -440.00 |
| 10/10/2024 | 726 | Ruben Tarazas | Commissions & fees | -704.48 |
| 10/11/2024 |  | Barrett Business | Payroll Expenses | -9,519.79 |
| 10/11/2024 | 742 | Government Secure Inc. | Office expenses | -2,025.00 |
| 10/15/2024 |  | American Express | Subscriptions, Fuel, Office, Meals & Travel | -2,748.21 |
| 10/15/2024 | 743 | Belete Yehdigo | Commissions & fees | -529.59 |
| 10/15/2024 |  | Spectrum | Internet & TV services | -239.86 |
| 10/16/2024 |  | Porsche Financial | Car Payment | -3,943.58 |
| 10/18/2024 | 744 | Left Coast Scale Services | Equipment | -460.00 |
| 10/18/2024 | 745 | Andrea Rodriguez | Cleaning service | -50.00 |
| 10/18/2024 |  | Barrett Business | Payroll Expenses | -8,305.32 |
| 10/22/2024 | 747 | Riverside Public Utilites | Utilities | -2,267.86 |
| 10/22/2024 | 764 | City of Riverside | Office expenses | -16.00 |
| 10/23/2024 |  | Spectrum | Internet & TV services | -211.23 |
| 10/23/2024 |  | Armando Lopez | Vehicle gas & fuel | -100.00 |
| 10/23/2024 |  | QuickBooks Payments | QuickBooks Payments Fees | -2.31 |
| 10/23/2024 |  | Wire Fee | Bank Charges | -20.00 |
| 10/25/2024 | 748 | Riverside Public Utilites | Utilities | -10,004.46 |
| 10/25/2024 |  | Barrett Business | Payroll Expenses | -8,160.98 |
| 10/25/2024 | 749 | Athens Services | Trash | -974.57 |
| 10/25/2024 |  | Optima Scale | Repairs & maintenance | -377.13 |
| 10/25/2024 | 750 | Burrtec Waste Industries, Inc | Trash | -341.67 |
| 10/25/2024 | 751 | Toshiba Financial Services | Copiers | -302.98 |
| 10/25/2024 |  | Check Withdrawal | Vehicle gas & fuel | -100.00 |
| 10/28/2024 |  | The UPS Store | Office expenses | -54.53 |
| 10/28/2024 |  | GoDaddy | Dues & Subscriptions | -10.99 |
| 10/29/2024 |  | Check Withdrawal | Vehicle gas & fuel | -100.00 |
| 10/31/2024 |  | Staters Brothers | Office expenses | -43.46 |
| 10/31/2024 |  | Costco | Vehicle gas & fuel | -64.33 |
| 10/31/2024 |  | 911 Design | Vehicle Maintenance | -250.00 |
|  |  |  |  | **-56,641.32** |

**CITIZENS BUSINESS BANK**
*A Financial Services Company*
PO Box 3938, Ontario, CA 91761

**Statement Ending 10/31/2024**

FREIGHT MASTERS USA                     Page 1 of 4
Account Number:          2400

### Managing Your Accounts

  Phone Number      888.222.5432

  Website           cbbank.com

  Email             customersupport@cbbank.com

FREIGHT MASTERS USA
1400 MARLBOROUGH AVE
RIVERSIDE CA 92507-2027

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 2400 | $41,077.65 |

## BUSINESS CHECKING -       2400

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2024 | Beginning Balance | $56,208.65 |
|  | 13 Credit(s) This Period | $150,642.92 |
|  | 50 Debit(s) This Period | $165,773.92 |
| 10/31/2024 | Ending Balance | $41,077.65 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/03/2024 | DEPOSIT | $32,965.94 |
| 10/07/2024 | DEPOSIT | $45,091.46 |
| 10/15/2024 | DEPOSIT | $7,885.09 |
| 10/18/2024 | POS Return CA MONTCLAIR BROTHERS SEQ# 112223 0562 | $125.34 |
| 10/18/2024 | DEPOSIT | $300.32 |
| 10/22/2024 | DEPOSIT | $9,204.00 |
| 10/29/2024 | DEPOSIT | $6,205.00 |

7 item(s) totaling $101,777.15

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/01/2024 | PARKING IAMFR8 INC PARKING-IAMFR8 | $1,550.00 |
| 10/01/2024 | ACH BATCH ROYAL INTER 0399 24912 | $3,500.00 |
| 10/17/2024 | ACH BATCH ROYAL INTER 0399 23750 | $3,500.00 |
| 10/18/2024 | 022084 OLB TRANSFER BUSINESS SAVINGS XXXXX12408 | $2,800.00 |
| 10/23/2024 | WIRE/IN-202429700054;ORG LONGWOOD FOREST, INC.;OBI INVOICE 23077;REF 517269036 | $37,438.52 |
| 10/24/2024 | INTUIT 63709453 DEPOSIT 524771133331177 | $77.25 |

6 item(s) totaling $48,865.77

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 10/02/2024 | UNITED FIN CAS INS PREM 00538510 01411 | $2,875.40 |
| 10/02/2024 | Extensiv Extensiv ST-N1B5N4M0V8Y6 | $104.70 |
| 10/03/2024 | WIRE/OUT-202427704027;BNF TMT INDUSTRIES INC | $25,000.00 |
| 10/04/2024 | BARRETT BUSINESS INVOICE H25315191526502 | $8,612.41 |

Member FDIC

| OUTSTANDING CHECKS | | INSTRUCTIONS |
|---|---|---|
| No. | Amount | |

PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.

ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.

1. Compare each paid check with your check stub or register and mark as paid.
2. Bank balance shown on front of your statement............................................................... _____
3. Compare any deposits shown on statement, including bank originated credits, with those
   entered in your check register. Add any not shown on statement........................................ _____
4. Subtotal................................................................................................................................. _____
5. Subtract total of outstanding checks.................................................................................... _____
6. Account Balance................................................................................................................... _____
7. Your check book balance..................................................................................................... _____
8. Subtract any bank charges including monthly service charge
   or transfers you have authorized and have been deducted on this statement.................. _____
9. Adjusted check book balance.............................................................................................. _____

*Denotes a point at which one or more check serial numbers are unaccounted for this
statement period.  It may indicate outstanding checks or checks shown on previous statements.

**TOTAL**

### STATEMENTS AND IMAGES

Your account statement will include the following information with respect to each check paid against your account during the statement cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information for applicable fees under Research Requests.

### THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a question concerning your statement, please be prepared to:

1. Provide your name and account number (if any).
2. Provide the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

## BUSINESS CHECKING - 141102400 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/07/2024 | POS Purchase CA SHERMAN OAKS MICHAEL WEISSMA ST SEQ# 229273 0547 | $500.00 |
| 10/07/2024 | Porsche Financia PAYMENTS XCHGLWABEZZTRRX | $4,504.92 |
| 10/09/2024 | POS Purchase CA SACRAMENTO CAFRNCHISTXBRDB Y SEQ# 269423 0547 | $35.00 |
| 10/09/2024 | POS Purchase AL AUBURN CAFRNCHISTXBRD SEQ# 424848 0547 | $1.00 |
| 10/11/2024 | BARRETT BUSINESS INVOICE H25761391526502 | $9,519.79 |
| 10/15/2024 | Recur Payment MO 855-707-7328 Spectrum R. SEQ# 315092 0562 | $239.86 |
| 10/15/2024 | AMEX EPAYMENT ACH PMT A6742 | $2,748.21 |
| 10/16/2024 | Porsche Financia PAYMENTS FTGKUGZKROOOLYW | $3,943.58 |
| 10/18/2024 | BARRETT BUSINESS INVOICE H26561591526503 | $8,305.32 |
| 10/23/2024 | SPECTRUM SPECTRUM 0348110 | $211.23 |
| 10/24/2024 | INTUIT 84551823 TRAN FEE 524771133331177 | $2.31 |
| 10/25/2024 | BARRETT BUSINESS INVOICE H27167991526502 | $8,160.98 |
| 10/28/2024 | POS Purchase CA RANCHO CUCAMO THE UPS STORE 5 SEQ# 694560 0547 | $54.53 |
| 10/28/2024 | GO DADDY.COM,INC WEB ORDER XXXXXX6994 | $10.99 |
| 10/29/2024 | POS Purchase CA RCH CUCAMONGA OPTIMA SCALE MA SEQ# 760089 0562 | $377.13 |
| 10/31/2024 | POS Purchase CA MONTCLAIR 911 DESIGN SEQ# 960170 0547 | $250.00 |
| 10/31/2024 | POS Purchase CA MORENO VALLEY COSTCO WHSE #04 SEQ# 817473 0562 | $64.33 |
| 10/31/2024 | POS Purchase CA RIVERSIDE STATERBRO 2995 SEQ# 937517 0562 | $43.46 |

22 item(s) totaling $75,565.15

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/03/2024 | WIRE FEE | $40.00 |
| 10/23/2024 | CHECK WITHDRAWAL | $100.00 |
| 10/23/2024 | WIRE FEE | $20.00 |
| 10/25/2024 | CHECK WITHDRAWAL | $100.00 |
| 10/29/2024 | CHECK WITHDRAWAL | $100.00 |

5 item(s) totaling $360.00

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 10/07/2024 | $3,015.00 | 732 | 10/11/2024 | $210.00 | 740 | 10/10/2024 | $440.00 |
| 0 | 10/07/2024 | $16,252.00 | 733 | 10/11/2024 | $533.35 | 741 | 10/15/2024 | $542.49 |
| 684* | 10/03/2024 | $250.00 | 734 | 10/11/2024 | $1,363.24 | 742 | 10/15/2024 | $2,025.00 |
| 726* | 10/10/2024 | $704.48 | 735 | 10/09/2024 | $50,688.28 | 743 | 10/15/2024 | $529.59 |
| 727 | 10/01/2024 | $585.57 | 736 | 10/07/2024 | $4,425.96 | 745* | 10/21/2024 | $50.00 |
| 729* | 10/01/2024 | $440.00 | 737 | 10/07/2024 | $660.00 | 747* | 10/28/2024 | $2,267.86 |
| 730 | 10/07/2024 | $988.97 | 738 | 10/07/2024 | $1,911.40 | 750* | 10/31/2024 | $341.67 |
| 731 | 10/15/2024 | $600.00 | 739 | 10/11/2024 | $1,023.91 | | | |

\* Indicates skipped check number

23 item(s) totaling $89,848.77

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | $60,233.08 | 10/11/2024 | $4,630.67 | 10/23/2024 | $46,568.66 |
| 10/02/2024 | $57,252.98 | 10/15/2024 | $5,830.61 | 10/24/2024 | $46,643.60 |
| 10/03/2024 | $64,928.92 | 10/16/2024 | $1,887.03 | 10/25/2024 | $38,382.62 |
| 10/04/2024 | $56,316.51 | 10/17/2024 | $5,387.03 | 10/28/2024 | $36,049.24 |
| 10/07/2024 | $69,149.72 | 10/18/2024 | $307.37 | 10/29/2024 | $41,777.11 |
| 10/09/2024 | $18,425.44 | 10/21/2024 | $257.37 | 10/31/2024 | $41,077.65 |
| 10/10/2024 | $17,280.96 | 10/22/2024 | $9,461.37 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees = Paid NSF/UCF Item Charge Plus Overdraft Charges** | $0.00 | $230.00 |
| **Total Returned Item Fees = Charge(s) For Items Returned NSF Or UCF** | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK

# Freight Masters USA
## Reconciliation Detail
### Citizens Business Bank 2400, Period Ending 10/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 18,425.44 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 31 items** | | | | | | |
| Check | 10/04/2024 | 734 | AFCO Direct | √ | -1,363.24 | -1,363.24 |
| Check | 10/04/2024 | 739 | Code Red Fire, Inc | √ | -1,023.91 | -2,387.15 |
| Check | 10/04/2024 | 731 | Ruben Tarazas | √ | -600.00 | -2,987.15 |
| Check | 10/04/2024 | 741 | IPFS Corporation of California | √ | -542.49 | -3,529.64 |
| Check | 10/04/2024 | 733 | All State Propane | √ | -533.35 | -4,062.99 |
| Check | 10/04/2024 | 740 | ME & GE LUMPERS | √ | -440.00 | -4,502.99 |
| Check | 10/04/2024 | 732 | IE Alarm Systems | √ | -210.00 | -4,712.99 |
| Check | 10/10/2024 | 726 | Ruben Tarazas | √ | -704.48 | -5,417.47 |
| Check | 10/11/2024 | | Barrett Business | √ | -9,519.79 | -14,937.26 |
| Check | 10/11/2024 | 742 | Government Secure Inc. | √ | -2,025.00 | -16,962.26 |
| Check | 10/15/2024 | | American Express | √ | -2,748.21 | -19,710.47 |
| Check | 10/15/2024 | 743 | Belete Yehdigo | √ | -529.59 | -20,240.06 |
| Check | 10/15/2024 | | Spectrum | √ | -239.86 | -20,479.92 |
| Check | 10/16/2024 | | Porsche Financial | √ | -3,943.58 | -24,423.50 |
| Check | 10/18/2024 | | Barrett Business | √ | -8,305.32 | -32,728.82 |
| Check | 10/18/2024 | 745 | Andrea Rodriguez | √ | -50.00 | -32,778.82 |
| Check | 10/22/2024 | 747 | Riverside Public Utilites | √ | -2,267.86 | -35,046.68 |
| Check | 10/23/2024 | | Spectrum | √ | -211.23 | -35,257.91 |
| Check | 10/23/2024 | | Armando Lopez | √ | -100.00 | -35,357.91 |
| Check | 10/23/2024 | | Wire Fee | √ | -20.00 | -35,377.91 |
| Check | 10/23/2024 | | QuickBooks Payments | √ | -2.31 | -35,380.22 |
| Check | 10/25/2024 | | Barrett Business | √ | -8,160.98 | -43,541.20 |
| Check | 10/25/2024 | | Optima Scale | √ | -377.13 | -43,918.33 |
| Check | 10/25/2024 | 750 | Burrtec Waste Industries, Inc | √ | -341.67 | -44,260.00 |
| Check | 10/25/2024 | | Check Withdrawal | √ | -100.00 | -44,360.00 |
| Check | 10/28/2024 | | The UPS Store | √ | -54.53 | -44,414.53 |
| Check | 10/28/2024 | | GoDaddy | √ | -10.99 | -44,425.52 |
| Check | 10/29/2024 | | Check Withdrawal | √ | -100.00 | -44,525.52 |
| Check | 10/31/2024 | | 911 Design | √ | -250.00 | -44,775.52 |
| Check | 10/31/2024 | | Costco | √ | -64.33 | -44,839.85 |
| Check | 10/31/2024 | | Staters Brothers | √ | -43.46 | -44,883.31 |
| **Total Checks and Payments** | | | | | -44,883.31 | -44,883.31 |
| | | | | | | |
| **Deposits and Credits - 9 items** | | | | | | |
| Deposit | 10/15/2024 | | | √ | 7,885.09 | 7,885.09 |
| Deposit | 10/17/2024 | | | √ | 3,500.00 | 11,385.09 |
| Deposit | 10/18/2024 | | | √ | 125.34 | 11,510.43 |
| Deposit | 10/18/2024 | | | √ | 300.32 | 11,810.75 |
| Check | 10/18/2024 | | Transfer to Checking | √ | 2,800.00 | 14,610.75 |
| Deposit | 10/22/2024 | | | √ | 9,204.00 | 23,814.75 |
| Deposit | 10/23/2024 | | | √ | 37,438.52 | 61,253.27 |

# Freight Masters USA
## Reconciliation Detail
### Citizens Business Bank 2400, Period Ending 10/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 10/24/2024 | | | √ | 77.25 | 61,330.52 |
| Deposit | 10/29/2024 | | | √ | 6,205.00 | 67,535.52 |
| Total Deposits and Credits | | | | | 67,535.52 | 67,535.52 |
| | | | | | | |
| Total Cleared Transactions | | | | | 22,652.21 | 22,652.21 |
| | | | | | | |
| Cleared Balance | | | | | 22,652.21 | 41,077.65 |
| | | | | | | |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 10/18/2024 | 744 | Left Coast Scale Services | | -460.00 | -460.00 |
| Check | 10/22/2024 | 764 | City of Riverside | | -16.00 | -476.00 |
| Check | 10/25/2024 | 748 | Riverside Public Utilites | | -10,004.46 | -10,480.46 |
| Check | 10/25/2024 | 749 | Athens Services | | -974.57 | -11,455.03 |
| Check | 10/25/2024 | 751 | Toshiba Financial Services | | -302.98 | -11,758.01 |
| Total Checks and Payments | | | | | -11,758.01 | -11,758.01 |
| | | | | | | |
| Total Uncleared Transactions | | | | | -11,758.01 | -11,758.01 |
| | | | | | | |
| Register Balance as of 10/31/2024 | | | | | 10,894.20 | 29,319.64 |
| | | | | | | |
| **Ending Balance** | | | | | **10,894.20** | **29,319.64** |

**CITIZENS BUSINESS BANK**
*A Financial Services Company*
PO Box 3938, Ontario, CA 91761

**Statement Ending 10/31/2024**
FREIGHT MASTERS USA    Page 1 of 2
**Account Number:**    2408

FREIGHT MASTERS USA
10709 50TH ST
JURUPA VALLEY CA 91752-1812

**Managing Your Accounts**

  Phone Number    888.222.5432
  Website    cbbank.com
  Email    customersupport@cbbank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS SAVINGS | 2408 | $3,556.51 |

## BUSINESS SAVINGS - 2408

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 10/01/2024 | Beginning Balance | $4,156.51 |
| | 1 Credit(s) This Period | $2,200.00 |
| | 1 Debit(s) This Period | $2,800.00 |
| 10/31/2024 | Ending Balance | $3,556.51 |

**Interest Summary**

| Description | Amount |
|---|---|
| Interest Earned From 10/01/2024 Through 10/31/2024 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.15 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.51 |
| Minimum Balance | $1,356.51 |
| Average Ledger Balance | $3,459.73 |
| Average Available Balance | $3,459.73 |

**Electronic Credits**

| Date | Description | Amount |
|---|---|---|
| 10/24/2024 | Innago LLC Innago LLC IE26824Z7 | $2,200.00 |

1 item(s) totaling $2,200.00

**Electronic Debits**

| Date | Description | Amount |
|---|---|---|
| 10/18/2024 | 022084 OLB TRANSFER BUSINESS XXXXX2400 | $2,800.00 |

1 item(s) totaling $2,800.00

Member FDIC

| OUTSTANDING CHECKS | | INSTRUCTIONS |
|---|---|---|
| **No.** | **Amount** | |

PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.

ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.

1. Compare each paid check with your check stub or register and mark as paid.
2. Bank balance shown on front of your statement.............................................................. _____
3. Compare any deposits shown on statement, including bank originated credits, with those
   entered in your check register. Add any not shown on statement................................................ _____
4. Subtotal.............................................................................................................. _____
5. Subtract total of outstanding checks............................................................................... _____
6. Account Balance.................................................................................................... _____
7. Your check book balance............................................................................................ _____
8. Subtract any bank charges including monthly service charge
   or transfers you have authorized and have been deducted on this statement.................................... _____
9. Adjusted check book balance........................................................................................ _____

*Denotes a point at which one or more check serial numbers are unaccounted for this
statement period. It may indicate outstanding checks or checks shown on previous statements.

**TOTAL**

### STATEMENTS AND IMAGES

Your account statement will include the following information with respect to each check paid against your account during the statement cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information for applicable fees under Research Requests.

### THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a question concerning your statement, please be prepared to:

1. Provide your name and account number (if any).
2. Provide the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

# Freight Masters USA
## Reconciliation Detail
### Citizens Business Bank 2408, Period Ending 10/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 4,156.51 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Check | 10/18/2024 | | Transfer to Checking | X | -2,800.00 | -2,800.00 |
|     Total Checks and Payments | | | | | -2,800.00 | -2,800.00 |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/24/2024 | | Deposit | X | 2,200.00 | 2,200.00 |
|     Total Deposits and Credits | | | | | 2,200.00 | 2,200.00 |
|   Total Cleared Transactions | | | | | -600.00 | -600.00 |
| Cleared Balance | | | | | -600.00 | 3,556.51 |
| Register Balance as of 10/31/2024 | | | | | -600.00 | 3,556.51 |
| **Ending Balance** | | | | | **-600.00** | **3,556.51** |