| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ANDREW S. BISOM (SBN 137071)<br>THE BISOM LAW GROUP<br>300 Spectrum Center Drive, Ste. 400<br>Irvine, CA 92618<br>Telephone: (714) 643-8900<br>Facsimile: (714) 643-8901<br>abisom@bisomlaw.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>FREIGHT MASTERS USA,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-16080-SY<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE<br><br><br><br>(*Specify name of Motion*)<br><br>DATE: January 30, 2025<br>TIME: 1:30 p.m.<br>COURTROOM: 302<br>PLACE: 3420 Twelfth St.<br>Riverside, CA 92501 |
|---|---|

1.  TO (*specify name*): ALL PARTIES-IN-INTEREST AND THEIR ATTORNEYS OF RECORD

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                              F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: January 8, 2025

THE BISOM LAW GROUP
Printed name of law firm

_/s/ Andrew Bisom_
Signature

ANDREW S. BISOM
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                            Page 2                              F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 Spectrum Center Drive, Ste. 400. Irvine, CA. 92618. A true and correct copy of the foregoing document entitled (*specify*): **Notice Of Debtor's Motion to Voluntarily Dismiss Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

- **Andrew S Bisom**   abisom@bisomlaw.com
- **Arturo Cisneros**   arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **Everett L Green**   everett.l.green@usdoj.gov
- **Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Cameron C Ridley**   Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. (BY FACSIMILE AND EMAIL)** I am readily familiar with the practice of the BISOM LAW GROUP for collection and processing of documents for facsimile and electronic mail and know that the documents described herein will be sent via electronic mail and facsimile from (714) 643-8901.

**3. SERVED BY U.S. MAIL:**
On January 8, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2024 | Andrew Bisom | /s/ Andrew Bisom |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

## CREDITOR LIST

CA Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

TMT Industries, Inc.
779 Palmyrita Ave.
Riverside, CA 92507