ANDREW S. BISOM (SBN 137071)
THE BISOM LAW GROUP
300 Spectrum Center Drive, Ste. 400
Irvine, CA 92618
Telephone: (714) 643-8900
Facsimile: (714) 643-8901
abisom@bisomlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| **In re:**<br><br>**FREIGHT MASTERS USA,**<br><br>　　　　**Debtor.** | Case No. 6:24-bk-16080-SY<br><br>Chapter 11<br><br>**DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**<br><br>Date: January 30, 2025<br>Time: 1:30 p.m.<br>Ctrm: 302<br>Place: 3420 Twelfth St.<br>　　　　Riverside, CA 92501 |

　　Debtor and debtor-in-possession Freight Masters USA ("Freight Masters" or "Debtor") hereby seeks a voluntary dismissal of its chapter 11 bankruptcy case as follows:

　　On October 10, 2024 ("Filing Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, making the election for Subchapter V under the Small Business Reorganization Act ("SABRA"). Arturo Cisneros is the Subchapter 5 Trustee. Antonio Martinez, Jr. is the Debtor's CEO and CFO. Debtor is a "small business" as that term is defined in 11 U.S.C. §1182(1).

Freight Masters has operated a warehousing and distribution warehouse in Riverside since 2022. Its operations involve unloading its client's shipping containers that arrive from overseas and store them at its facilities until needed. It then arranges for delivery to its customer's own clients through third-party shipping companies such as Federal Express, UPS and others.

On or about July 28, 2023, Freight Masters entered into a lease agreement with RLP III for in excess of 143,000 square feet of warehouse space and an additional 16,000 square feet of maintenance area on approximately 12 acres of land. ("Leasehold") Monthly rent payments were $274,871 per month. It soon became evident that Freight Masters could not afford the monthly rent and fell behind. According to the landlord's Proof of Claim prepetition arrears totaled $2,755,941.45.

On November 21, 2024, Debtor's landlord obtained relief from the automatic stay on the Leasehold [ECF 32]. In the weeks since, Freight Masters has not been able to successfully negotiate a lease on a new facility. Without a facility from which to operate, there isn't a path forward for a successful reorganization and Debtor is unable to propose a confirmable plan of reorganization.

**WHEREFORE**, Debtor seeks an order dismissing its chapter 11 bankruptcy case without prejudice and for such other relief as the Court deems appropriate.

DATED: January 7, 2025                                THE BISOM LAW GROUP

                                                      By: _____
                                                          ANDREW S. BISOM
                                                          Attorney for Debtor

2
DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CASE

## DECLARATION OF TONY MARTINEZ, JR

I, Tony Martinez, declare as follows:

1. I am the sole shareholder in and CEO of Freight Masters USA ("Debtor") in the within matter. All of the following facts are within my personal knowledge and if called upon as a witness I could and would competently testify thereto.

2. On October 10, 2024 ("Filing Date"), Freight Masters filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, making the election for Subchapter V under the Small Business Reorganization Act ("SABRA"). Arturo Cisneros is the Subchapter 5 Trustee. Antonio Martinez, Jr. is the Debtor's CEO and CFO. Debtor is a "small business" as that term is defined in 11 U.S.C. §1182(1).

3. Freight Masters has operated a warehousing and distribution warehouse in Riverside since 2022. Its operations involve unloading its client's shipping containers that arrive from overseas and store them at its facilities until needed. It then arranges for delivery to its customer's own clients through third-party shipping companies such as Federal Express, UPS and others.

4. On or about July 28, 2023, Freight Masters entered into a lease agreement with RLP III for in excess of 143,000 square feet of warehouse space and an additional 16,000 square feet of maintenance area on approximately 12 acres of land. ("Leasehold") Monthly rent payments were $274,871 per month. It soon became evident that Freight Masters could not afford the monthly rent and fell behind. According to the landlord's Proof of Claim prepetition arrears totaled $2,755,941.45.

5. On November 21, 2024, Debtor's landlord obtained relief from the automatic stay on the Leasehold.

6.    In the weeks since, I have not been able to successfully negotiate a lease on a new facility. While there are several potential locations that could serve our purposes, the upfront money they require is beyond Freight Masters' capability to raise.

7.    Without a facility from which to operate, I don't see a path forward for a successful reorganization and Freight Masters is unable to propose a confirmable plan of reorganization.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January 2025, in Riverside, California.

TONY MARTINEZ, JR.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 Spectrum Center Drive, Ste. 400. Irvine, CA. 92618. A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Motion to Voluntarily Dismiss Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

- **Andrew S Bisom**    abisom@bisomlaw.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐

Service information continued on attached page

2. **(BY FACSIMILE AND EMAIL)** I am readily familiar with the practice of the BISOM LAW GROUP for collection and processing of documents for facsimile and electronic mail and know that the documents described herein will be sent via electronic mail and facsimile from (714) 643-8901.

3. **SERVED BY U.S. MAIL:**
On January 8, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

| January 8, 2024 | Andrew Bisom | /s/ Andrew Bisom |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE

## CREDITOR LIST

CA Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

TMT Industries, Inc.
779 Palmyrita Ave.
Riverside, CA 92507