**Fill in this information to identify the case:**

Debtor Name  Freight Masters USA

United States Bankruptcy Court for the: Central District of California

Case number: 6:24-bk-16080-SY

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: 11/30/2024                                     Date report filed: 01/09/2025
                                                                        MM / DD / YYYY
Line of business: Storage                            NAISC code: 493100

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

Original signature of responsible party

Printed name of responsible party   Tony Martinez Jr

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Freight Masters USA                                              Case number  6:24-bk-16080-SY

17. Have you paid any bills you owed before you filed bankruptcy?           ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 32,876.15

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 175,473.65

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 191,004.39

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -15,530.74

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 17,345.41

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 0.00

*(Exhibit E)*

Debtor Name  Freight Masters USA

Case number  6:24-bk-16080-SY

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                       _____ 8
27. What is the number of employees as of the date of this monthly report?          _____ 8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                        $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____ 0.00
30. How much have you paid this month in other professional fees?                                                  $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                                $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 175,473.65 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 191,004.39 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -15,530.74 | = | $ _____ |

35. Total projected cash receipts for the next month:                              $ _____
36. Total projected cash disbursements for the next month:                        − $ _____
37. Total projected net cash flow for the next month:                             = $ _____

Debtor Name  Freight Masters USA

Case number  6:24-bk-16080-SY

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Freight Masters USA**
**Exhibit A**
**November 2024**

DIP accounts were opened during the month November 2024.

**Freight Masters USA**
**Exhibit B**
**November 2024**

DIP accounts were opened in the month of November 2024.

## Freight Masters USA
## Exhibit C
### November 2024 through November 2025

| Date | Name | Paid Amount |
|------|------|------------:|
| **Nov '24 - Nov 25** | | |
| 11/1/2024 | Deposit | 1,550.00 |
| 11/1/2024 | Deposit | 11,160.00 |
| 11/4/2024 | | 14,418.84 |
| 11/5/2024 | | 32,965.94 |
| 11/8/2024 | | 15,000.00 |
| 11/15/2024 | | 74,557.77 |
| 11/19/2024 | | 16,142.29 |
| 11/22/2024 | | 3,500.00 |
| 11/26/2024 | | 6,178.81 |
| **Nov '24 - Nov 25** | | **175,473.65** |

**Freight Masters USA**

## Exhibit D

**November 2024**

| Date | Num | Name | Account | Paid Amount |
|------|-----|------|---------|------------:|
| **Nov 24** | | | | |
| 11/1/2024 | | Barrett Business | Payroll Expenses | 8,485.81 |
| 11/1/2024 | | Extensiv | Software & apps | 18.90 |
| 11/4/2024 | 754 | Perricone Heritage | Building & property rent | 49,904.28 |
| 11/5/2024 | | United Finance | Insurance | 2,875.40 |
| 11/5/2024 | 755 | Left Coast Scale Services | Equipment | 460.00 |
| 11/5/2024 | 752 | ME & GE Logistic | Contract labor | 386.27 |
| 11/6/2024 | | Ray Cortez | Vehicle gas & fuel | 100.00 |
| 11/6/2024 | 800 | Felix Porras | Contract labor | 250.00 |
| 11/7/2024 | | Porsche Financial | Car Payment | 4,504.92 |
| 11/7/2024 | 753 | Tim Telesio | Commissions & fees | 2,435.67 |
| 11/8/2024 | | Check Withdrawal | Vehicle gas & fuel | 100.00 |
| 11/8/2024 | 803 | Ruben Tarazas | Commissions & fees | 2,620.00 |
| 11/8/2024 | 806 | AFCO Direct | Insurance | 1,363.24 |
| 11/8/2024 | 805 | All State Propane | Propane | 1,329.35 |
| 11/8/2024 | 802 | Cal-Lift | Forklift Repair | 764.88 |
| 11/8/2024 | 804 | Ruben Tarazas | Vehicle gas & fuel | 750.00 |
| 11/8/2024 | 801 | Joseph Tarin | Commissions & fees | 2,088.65 |
| 11/12/2024 | | Citizens Business Bank | Account Verification | -0.05 |
| 11/12/2024 | | Citizens Business Bank | Account Verification | -0.21 |
| 11/12/2024 | | Citizens Business Bank | Account Verification | 0.26 |
| 11/12/2024 | | Barrett Business | Payroll Expenses | 8,560.32 |
| 11/12/2024 | 808 | ME & GE Logistic | Contract labor | 1,282.44 |
| 11/13/2024 | | American Express | General business expenses | 4,530.38 |
| 11/13/2024 | | UPS Billing | Office expenses | 36.69 |
| 11/14/2024 | 744 | Left Coast Scale Services | Equipment | -460.00 |
| 11/14/2024 | 744 | Left Coast Scale Services | Equipment | 460.00 |
| 11/18/2024 | | Barrett Business | Payroll Expenses | 9,118.18 |
| 11/18/2024 | 807 | Riverside Public Utilites | Utilities | 4,407.11 |
| 11/19/2024 | | Porsche Financial | Car Payment | 3,943.58 |
| 11/19/2024 | 809 | ME & GE Logistic | Contract labor | 1,803.93 |
| 11/20/2024 | | Bankdirect Capit | Insurance | 1,431.40 |
| 11/20/2024 | | Online Stamp Company | Office expenses | 102.90 |
| 11/22/2024 | 811 | Riverside Public Utilites | Utilities | 6,410.75 |
| 11/22/2024 | 812 | Ruben Tarazas | Commissions & fees | 5,219.04 |
| 11/22/2024 | 815 | Athens Services | Trash | 974.57 |
| 11/22/2024 | 810 | Riverside Public Utilites | Utilities | 880.86 |
| 11/22/2024 | 814 | Burrtec Waste Industries, Inc | Trash | 683.34 |
| 11/22/2024 | 816 | Toshiba Financial Services | Office expenses | 211.25 |
| 11/22/2024 | 813 | Andrea Rodriguez | Cleaning service | 100.00 |
| 11/25/2024 | | Barrett Business | Payroll Expenses | 8,666.19 |
| 11/26/2024 | 817 | Todd Rivera | Payroll Expenses | 528.00 |
| 11/26/2024 | 819 | Hector Diosdado | Reimbursements | 175.25 |
| 11/27/2024 | 822 | Perricone Heritage | Building & property rent | 49,904.28 |
| 11/27/2024 | 821 | Simon's Bookkeeping Service | Contract labor | 325.00 |
| 11/27/2024 | 820 | TMT Industries | Contract labor | 3,271.56 |
| **Nov 24** | | | | 191,004.39 |

# CITIZENS
## BUSINESS BANK
### A Financial Services Company
PO Box 3938, Ontario, CA 91761

**Statement Ending 11/29/2024**

*FREIGHT MASTERS USA*      **Page 1 of 4**
*Account Number:*    2400

### Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | 888.222.5432 | |
| Website | cbbank.com | |
| Email | customersupport@cbbank.com | |

FREIGHT MASTERS USA
1400 MARLBOROUGH AVE
RIVERSIDE CA 92507-2027

## Final Statement

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 2400 | $0.00 |

## BUSINESS CHECKING -    2400

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | Beginning Balance | $41,077.65 |
| | 3 Credit(s) This Period | $24,008.01 |
| | 8 Debit(s) This Period | $65,085.66 |
| 11/29/2024 | Ending Balance | $0.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | PARKING IAMFR8 INC PARKING-IAMFR8 | $1,550.00 |
| 11/01/2024 | Igps Logistics L RENTS V4801 | $11,160.00 |
| | 2 item(s) totaling | $12,710.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/05/2024 | MISCELLANEOUS CREDIT | $11,298.01 |
| | 1 item(s) totaling | $11,298.01 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | BARRETT BUSINESS INVOICE H27823091526502 | $8,485.81 |
| 11/01/2024 | Extensiv Extensiv ST-S2D6T6O9E9L4 | $18.90 |
| | 2 item(s) totaling | $8,504.71 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/04/2024 | Clsg Transfer To    3628 | $45,282.94 |
| | 1 item(s) totaling | $45,282.94 |

Member FDIC

FREIGHT MASTERS USA                2400            Statement Ending 11/29/2024                    Page 2 of 4

| OUTSTANDING CHECKS | | INSTRUCTIONS |
|---|---|---|

| No. | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.**

**ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.**

1.  Compare each paid check with your check stub or register and mark as paid.
2.  Bank balance shown on front of your statement.............................................................  _____
3.  Compare any deposits shown on statement, including bank originated credits, with those
    entered in your check register. Add any not shown on statement...................................  _____
4.  Subtotal...........................................................................................................................  _____
5.  Subtract total of outstanding checks...........................................................................  _____
6.  Account Balance...........................................................................................................  _____
7.  Your check book balance.............................................................................................  _____
8.  Subtract any bank charges including monthly service charge
    or transfers you have authorized and have been deducted on this statement..............  _____
9.  Adjusted check book balance......................................................................................  _____

*Denotes a point at which one or more check serial numbers are unaccounted for this
statement period.  It may indicate outstanding checks or checks shown on previous statements.*

## STATEMENTS AND IMAGES

Your account statement will include the following information with respect to each check paid against your account during the statement
cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information
for applicable fees under Research Requests.

## THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a
receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a
question concerning  your statement, please be prepared to:

1.  Provide your name and account number (if any).
2.  Provide the dollar amount of the suspected error.
3.  Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

FREIGHT MASTERS USA       2400       Statement Ending 11/29/2024       Page 3 of 4

# BUSINESS CHECKING -       2400 (continued)

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 11/05/2024 | $0.00 | 748* | 11/01/2024 | $10,004.46 | 751* | 11/01/2024 | $302.98 |
| 746* | 11/01/2024 | $16.00 | 749 | 11/01/2024 | $974.57 | | | |

\* Indicates skipped check number       5 item(s) totaling $11,298.01

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2024 | $33,984.93 | 11/04/2024 | -$11,298.01 | 11/05/2024 | $0.00 |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees = Paid NSF/UCF Item Charge Plus Overdraft Charges | $0.00 | $230.00 |
| Total Returned Item Fees = Charge(s) For Items Returned NSF Or UCF | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK

**Freight Masters USA**
# Reconciliation Detail
### Citizens Business Bank 2400, Period Ending 11/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 41,077.65 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 10/18/2024 | 744 | Left Coast Scale Services | X | -460.00 | -460.00 |
| Check | 10/22/2024 | 764 | City of Riverside | X | -16.00 | -476.00 |
| Check | 10/25/2024 | 748 | Riverside Public Utilites | X | -10,004.46 | -10,480.46 |
| Check | 10/25/2024 | 749 | Athens Services | X | -974.57 | -11,455.03 |
| Check | 10/25/2024 | 751 | Toshiba Financial Services | X | -302.98 | -11,758.01 |
| Check | 11/1/2024 | | Barrett Business | X | -8,485.81 | -20,243.82 |
| Check | 11/1/2024 | | | X | -18.90 | -20,262.72 |
| Check | 11/4/2024 | | Transfer to Checking 3628 | X | -45,282.94 | -65,545.66 |
| | | | Total Checks and Payments | | -65,545.66 | -65,545.66 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 11/1/2024 | | Deposit | X | 1,550.00 | 1,550.00 |
| Deposit | 11/1/2024 | | Deposit | X | 11,160.00 | 12,710.00 |
| Check | 11/5/2024 | | Transfer to Account 2400 | X | 11,298.01 | 24,008.01 |
| Deposit | 11/14/2024 | 744 | Left Coast Scale Services | X | 460.00 | 24,468.01 |
| | | | Total Deposits and Credits | | 24,468.01 | 24,468.01 |
| | | | Total Cleared Transactions | | -41,077.65 | -41,077.65 |
| **Cleared Balance** | | | | | -41,077.65 | 0.00 |
| **Register Balance as of 11/30/2024** | | | | | -41,077.65 | 0.00 |
| **Ending Balance** | | | | | -41,077.65 | 0.00 |

# CITIZENS
## BUSINESS BANK
**A Financial Services Company**

PO Box 3938, Ontario, CA 91761

### Statement Ending 12/31/2024

*FREIGHT MASTERS USA*                     **Page 1 of 2**
*Account Number:*    **2408**

## Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Phone Number | 888.222.5432 |
| ✉️ | Website | cbbank.com |
| 💻 | Email | customersupport@cbbank.com |

FREIGHT MASTERS USA
10709 50TH ST
JURUPA VALLEY CA 91752-1812

## Final Statement

**IMPORTANT POLICY AND PROCEDURE UPDATE INFORMATION**
We have recently updated our policy and procedures to comply with certain Federal Communications Commission (FCC) requirements pertaining to text messaging with our customers. Please see the disclosure included at the end of this statement or visit https://www.cbbank.com/sms-terms-and-conditions for more information.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS SAVINGS | 2408 | $0.00 |

## BUSINESS SAVINGS -        2408

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | **Beginning Balance** | **$3,556.51** |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $3,556.51 |
| 12/31/2024 | **Ending Balance** | **$0.00** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 11/01/2024 Through 12/31/2024 | |
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 0 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.51 |
| Minimum Balance | $0.00 |
| Average Ledger Balance | $0.00 |
| Average Available Balance | $0.00 |

### Other Debits

| Date | Description | | Amount |
|---|---|---|---|
| 11/01/2024 | Clsg Transfer to | 3865 | $3,556.51 |
| | | | 1 item(s) totaling $3,556.51 |

Member FDIC

FREIGHT MASTERS USA                2408        Statement Ending 12/31/2024              Page 2 of 2

| OUTSTANDING CHECKS | | | INSTRUCTIONS |
|---|---|---|---|

| No. | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.

ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.

1. Compare each paid check with your check stub or register and mark as paid.
2. Bank balance shown on front of your statement..................................................... _____
3. Compare any deposits shown on statement, including bank originated credits, with those
   entered in your check register. Add any not shown on statement.............................. _____
4. Subtotal.......................................................................................................... _____
5. Subtract total of outstanding checks............................................................... _____
6. Account Balance............................................................................................. _____
7. Your check book balance.................................................................................. _____
8. Subtract any bank charges including monthly service charge
   or transfers you have authorized and have been deducted on this statement................ _____
9. Adjusted check book balance............................................................................ _____

*Denotes a point at which one or more check serial numbers are unaccounted for this
statement period. It may indicate outstanding checks or checks shown on previous statements.

### STATEMENTS AND IMAGES

Your account statement will include the following information with respect to each check paid against your account during the statement
cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information
for applicable fees under Research Requests.

### THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a
receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a
question concerning your statement, please be prepared to:

1. Provide your name and account number (if any).
2. Provide the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

**Freight Masters USA**
# Reconciliation Detail
### Citizens Business Bank 2408, Period Ending 11/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,556.51 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/1/2024 | | Transfer to Account 3865 | X | -3,556.51 | -3,556.51 |
| Total Checks and Payments | | | | | -3,556.51 | -3,556.51 |
| Total Cleared Transactions | | | | | -3,556.51 | -3,556.51 |
| **Cleared Balance** | | | | | -3,556.51 | 0.00 |
| Register Balance as of 11/30/2024 | | | | | -3,556.51 | 0.00 |
| **Ending Balance** | | | | | **-3,556.51** | **0.00** |

# CB CITIZENS
## BUSINESS BANK
#### A Financial Services Company

PO Box 3938, Ontario, CA 91761

**Statement Ending 11/29/2024**

FREIGHT MASTERS USA      Page 1 of 4
Account Number:    3628

### Managing Your Accounts

| | Phone Number | 888.222.5432 |
|---|---|---|
| | Website | cbbank.com |
| | Email | customersupport@cbbank.com |

FREIGHT MASTERS USA
DEBTOR IN POSSESSION
CASE #24-16080
1400 MARLBOROUGH AVE
RIVERSIDE CA 92507-2027

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 3628 | $72,621.13 |

## BUSINESS CHECKING -     3628

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | Beginning Balance | $0.00 |
| | 10 Credit(s) This Period | $208,046.85 |
| | 34 Debit(s) This Period | $135,425.72 |
| 11/29/2024 | Ending Balance | $72,621.13 |

### Deposits

| Date | Description | | Amount |
|---|---|---|---|
| 11/01/2024 | Transfer From | 2400 | $45,282.94 |
| 11/04/2024 | DEPOSIT | | $14,418.84 |
| 11/05/2024 | DEPOSIT | | $32,965.94 |
| 11/08/2024 | DEPOSIT | | $15,000.00 |
| 11/15/2024 | DEPOSIT | | $74,557.77 |
| 11/19/2024 | DEPOSIT | | $16,142.29 |
| 11/26/2024 | DEPOSIT | | $6,178.81 |
| | | | 7 Item(s) totaling $204,546.59 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 11/12/2024 | Extensiv ACCTVERIFY ST-P8A7T5M7G6T9 | $0.05 |
| 11/12/2024 | Extensiv ACCTVERIFY ST-U8J6P9J7S7U6 | $0.21 |
| 11/22/2024 | ACH BATCH ROYAL INTER 0399 A11138 | $3,500.00 |
| | | 3 Item(s) totaling $3,500.26 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/05/2024 | UNITED FIN CAS INS PREM 00538510 01411 | $2,875.40 |
| 11/07/2024 | Porsche Financia PAYMENTS IMHTCSJNGERTRVH | $4,504.92 |
| 11/12/2024 | BARRETT BUSINESS INVOICE H28655091526502 | $8,560.32 |
| 11/12/2024 | Extensiv ACCTVERIFY ST-R4D7W7Z4H0O1 | $0.26 |
| 11/13/2024 | AMEX EPAYMENT ACH PMT A2006 | $4,530.38 |
| 11/13/2024 | PAYMENT UPSBILLCTR Log in to the UPS Billing Center for payment details | $36.69 |
| 11/18/2024 | BARRETT BUSINESS INVOICE H32923391526502 | $9,118.18 |
| 11/19/2024 | Porsche Financia PAYMENTS BLZMKJJHDSPRZTE | $3,943.58 |

Member FDIC

FREIGHT MASTERS USA    3628    Statement Ending 11/29/2024    Page 2 of 4

| OUTSTANDING CHECKS | | INSTRUCTIONS |
|---|---|---|
| **No.** | **Amount** | |

PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.

ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.

1. Compare each paid check with your check stub or register and mark as paid.
2. Bank balance shown on front of your statement...........................................................
3. Compare any deposits shown on statement, including bank originated credits, with those
   entered in your check register. Add any not shown on statement.................................
4. Subtotal...............................................................................................................
5. Subtract total of outstanding checks.........................................................................
6. Account Balance....................................................................................................
7. Your check book balance........................................................................................
8. Subtract any bank charges including monthly service charge
   or transfers you have authorized and have been deducted on this statement................
9. Adjusted check book balance..................................................................................

*Denotes a point at which one or more check serial numbers are unaccounted for this
statement period.  It may indicate outstanding checks or checks shown on previous statements.

| TOTAL | | |

## STATEMENTS AND IMAGES

Your account statement will include the following information with respect to each check paid against your account during the statement cycle; (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information for applicable fees under Research Requests.

## THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a question concerning  your statement, please be prepared to:

1. Provide your name and account number (if any).
2. Provide the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

# BUSINESS CHECKING -     3628 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 11/20/2024 | BANKDIRECT CAPIT PAYMENTS 21017753 | $1,431.40 |
| 11/20/2024 | ON-LINE STAMP CO STMP/DTORD 0722782 | $102.90 |
| 11/25/2024 | BARRETT BUSINESS INVOICE H33004291526502 | $8,666.19 |
| | 11 item(s) totaling $43,770.22 | |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/05/2024 | MISCELLANEOUS DEBIT | $11,298.01 |
| 11/06/2024 | CHECK WITHDRAWAL | $100.00 |
| 11/08/2024 | CHECK WITHDRAWAL | $100.00 |
| | 3 item(s) totaling $11,498.01 | |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 744 | 11/14/2024 | $460.00 | 802 | 11/15/2024 | $764.88 | 809 | 11/19/2024 | $1,803.93 |
| 752* | 11/05/2024 | $386.27 | 803 | 11/12/2024 | $2,620.00 | 812* | 11/25/2024 | $5,219.04 |
| 753 | 11/07/2024 | $2,435.67 | 804 | 11/13/2024 | $750.00 | 815* | 11/26/2024 | $974.57 |
| 754 | 11/13/2024 | $49,904.28 | 805 | 11/20/2024 | $1,329.35 | 816 | 11/26/2024 | $211.25 |
| 755 | 11/27/2024 | $460.00 | 806 | 11/20/2024 | $1,363.24 | 819* | 11/29/2024 | $175.25 |
| 800* | 11/08/2024 | $250.00 | 807 | 11/18/2024 | $4,407.11 | 820 | 11/29/2024 | $3,271.56 |
| 801 | 11/12/2024 | $2,088.65 | 808 | 11/12/2024 | $1,282.44 | | | |

* Indicates skipped check number                                        20 item(s) totaling $80,157.49

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2024 | $45,282.94 | 11/12/2024 | $71,166.04 | 11/20/2024 | $81,920.18 |
| 11/04/2024 | $59,701.78 | 11/13/2024 | $15,944.69 | 11/22/2024 | $85,420.18 |
| 11/05/2024 | $78,108.04 | 11/14/2024 | $15,484.69 | 11/25/2024 | $71,534.95 |
| 11/06/2024 | $78,008.04 | 11/15/2024 | $89,277.58 | 11/26/2024 | $76,527.94 |
| 11/07/2024 | $71,067.45 | 11/18/2024 | $75,752.29 | 11/27/2024 | $76,067.94 |
| 11/08/2024 | $85,717.45 | 11/19/2024 | $86,147.07 | 11/29/2024 | $72,621.13 |

FREIGHT MASTERS USA                    3628            Statement Ending 11/29/2024                    Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

**Freight Masters USA**
## Reconciliation Detail
**Citizens Business Bank DIP 3628, Period Ending 11/30/2024**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 34 items** | | | | | | |
| Check | 11/4/2024 | 754 | Perricone Heritage | X | -49,904.28 | -49,904.28 |
| Check | 11/5/2024 | | Transfer to Account 2400 | X | -11,298.01 | -61,202.29 |
| Check | 11/5/2024 | | United Finance | X | -2,875.40 | -64,077.69 |
| Check | 11/5/2024 | 755 | Left Coast Scale Services | X | -460.00 | -64,537.69 |
| Check | 11/5/2024 | 752 | ME & GE Logistic | X | -386.27 | -64,923.96 |
| Check | 11/6/2024 | 800 | Felix Porras | X | -250.00 | -65,173.96 |
| Check | 11/6/2024 | | Ray Cortez | X | -100.00 | -65,273.96 |
| Check | 11/7/2024 | | Porsche Financial | X | -4,504.92 | -69,778.88 |
| Check | 11/7/2024 | 753 | Tim Telesio | X | -2,435.67 | -72,214.55 |
| Check | 11/8/2024 | 803 | Ruben Tarazas | X | -2,620.00 | -74,834.55 |
| Check | 11/8/2024 | 801 | Joseph Tarin | X | -2,088.65 | -76,923.20 |
| Check | 11/8/2024 | 806 | AFCO Direct | X | -1,363.24 | -78,286.44 |
| Check | 11/8/2024 | 805 | All State Propane | X | -1,329.35 | -79,615.79 |
| Check | 11/8/2024 | 802 | Cal-Lift | X | -764.88 | -80,380.67 |
| Check | 11/8/2024 | 804 | Ruben Tarazas | X | -750.00 | -81,130.67 |
| Check | 11/8/2024 | | Check Withdrawal | X | -100.00 | -81,230.67 |
| Check | 11/12/2024 | | Barrett Business | X | -8,560.32 | -89,790.99 |
| Check | 11/12/2024 | 808 | ME & GE Logistic | X | -1,282.44 | -91,073.43 |
| Check | 11/12/2024 | | Citizens Business Bank | X | -0.26 | -91,073.69 |
| Check | 11/13/2024 | | American Express | X | -4,530.38 | -95,604.07 |
| Check | 11/13/2024 | | UPS Billing | X | -36.69 | -95,640.76 |
| Check | 11/14/2024 | 744 | Left Coast Scale Services | X | -460.00 | -96,100.76 |
| Check | 11/18/2024 | | Barrett Business | X | -9,118.18 | -105,218.94 |
| Check | 11/18/2024 | 807 | Riverside Public Utilites | X | -4,407.11 | -109,626.05 |
| Check | 11/19/2024 | | Porsche Financial | X | -3,943.58 | -113,569.63 |
| Check | 11/19/2024 | 809 | ME & GE Logistic | X | -1,803.93 | -115,373.56 |
| Check | 11/20/2024 | | Bankdirect Capit | X | -1,431.40 | -116,804.96 |
| Check | 11/20/2024 | | Online Stamp Company | X | -102.90 | -116,907.86 |
| Check | 11/22/2024 | 812 | Ruben Tarazas | X | -5,219.04 | -122,126.90 |
| Check | 11/22/2024 | 815 | Athens Services | X | -974.57 | -123,101.47 |
| Check | 11/22/2024 | 816 | Toshiba Financial Services | X | -211.25 | -123,312.72 |
| Check | 11/25/2024 | | Barrett Business | X | -8,666.19 | -131,978.91 |
| Check | 11/26/2024 | 819 | Hector Diosdado | X | -175.25 | -132,154.16 |
| Check | 11/27/2024 | 820 | TMT Industries | X | -3,271.56 | -135,425.72 |
| | | | Total Checks and Payments | | -135,425.72 | -135,425.72 |
| | | | **Deposits and Credits - 10 items** | | | |
| Deposit | 11/4/2024 | | | X | 14,418.84 | 14,418.84 |
| Check | 11/4/2024 | | Transfer to Checking 3628 | X | 45,282.94 | 59,701.78 |
| Deposit | 11/5/2024 | | | X | 32,965.94 | 92,667.72 |
| Deposit | 11/8/2024 | | | X | 15,000.00 | 107,667.72 |
| Deposit | 11/12/2024 | | Citizens Business Bank | X | 0.05 | 107,667.77 |
| Deposit | 11/12/2024 | | Citizens Business Bank | X | 0.21 | 107,667.98 |
| Deposit | 11/15/2024 | | | X | 74,557.77 | 182,225.75 |
| Deposit | 11/19/2024 | | | X | 16,142.29 | 198,368.04 |
| Deposit | 11/22/2024 | | | X | 3,500.00 | 201,868.04 |
| Deposit | 11/26/2024 | | | X | 6,178.81 | 208,046.85 |
| | | | Total Deposits and Credits | | 208,046.85 | 208,046.85 |
| | | | Total Cleared Transactions | | 72,621.13 | 72,621.13 |
| | | | Cleared Balance | | 72,621.13 | 72,621.13 |
| | | | **Uncleared Transactions** | | | |
| | | | **Checks and Payments - 7 items** | | | |
| Check | 11/22/2024 | 811 | Riverside Public Utilites | | -6,410.75 | -6,410.75 |
| Check | 11/22/2024 | 810 | Riverside Public Utilites | | -880.86 | -7,291.61 |
| Check | 11/22/2024 | 814 | Burrtec Waste Industries, Inc | | -683.34 | -7,974.95 |
| Check | 11/22/2024 | 813 | Andrea Rodriguez | | -100.00 | -8,074.95 |
| Check | 11/26/2024 | 817 | Todd Rivera | | -528.00 | -8,602.95 |
| Check | 11/27/2024 | 822 | Perricone Heritage | | -49,904.28 | -58,507.23 |
| Check | 11/27/2024 | 821 | Simon's Bookkeeping Service | | -325.00 | -58,832.23 |
| | | | Total Checks and Payments | | -58,832.23 | -58,832.23 |
| | | | Total Uncleared Transactions | | -58,832.23 | -58,832.23 |
| | | | Register Balance as of 11/30/2024 | | 13,788.90 | 13,788.90 |
| | | | **Ending Balance** | | 13,788.90 | 13,788.90 |

# CITIZENS
## BUSINESS BANK
A Financial Services Company

PO Box 3938, Ontario, CA 91761

**Statement Ending 12/31/2024**

*FREIGHT MASTERS USA*                    Page 1 of 2
*Account Number:*      **3865**

## Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | 888.222.5432 | |
| Website | cbbank.com | |
| Email | customersupport@cbbank.com | |

FREIGHT MASTERS USA
DEBTOR IN POSSESSION
CASE #24-16080
1400 MARLBOROUGH AVE
RIVERSIDE CA 92507-2027

**IMPORTANT POLICY AND PROCEDURE UPDATE INFORMATION**

We have recently updated our policy and procedures to comply with certain Federal Communications Commission (FCC) requirements pertaining to text messaging with our customers. Please see the disclosure included at the end of this statement or visit https://www.cbbank.com/sms-terms-and-conditions for more information.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS SAVINGS | 3865 | $3,056.81 |

# BUSINESS SAVINGS -      3865

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/31/2024 | **Beginning Balance** | **$0.00** |
| | 2 Credit(s) This Period | $3,556.81 |
| | 1 Debit(s) This Period | $500.00 |
| 12/31/2024 | **Ending Balance** | **$3,056.81** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 10/31/2024 Through 12/31/2024 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 62 |
| Interest Earned | $0.30 |
| Interest Paid This Period | $0.30 |
| Interest Paid Year-to-Date | $0.30 |
| Minimum Balance | $3,056.51 |
| Average Ledger Balance | $3,491.08 |
| Average Available Balance | $3,491.08 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | Transfer From      2408 | $3,556.51 |
| | | 1 item(s) totaling $3,556.51 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 12/31/2024 | INTEREST | $0.30 |
| | | 1 item(s) totaling $0.30 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 12/31/2024 | 403286 OLB TRANSFER BUSINESS XXXXX3628 | $500.00 |
| | | 1 item(s) totaling $500.00 |

Member FDIC

| OUTSTANDING CHECKS | | | INSTRUCTIONS |
|---|---|---|---|

| No. | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.**

**ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.**

1.  Compare each paid check with your check stub or register and mark as paid.
2.  Bank balance shown on front of your statement..........................................................
3.  Compare any deposits shown on statement, including bank originated credits, with those
    entered in your check register. Add any not shown on statement....................... _____
4.  Subtotal.................................................................................. _____
5.  Subtract total of outstanding checks.............................................................
6.  Account Balance........................................................................ _____
7.  Your check book balance..............................................................
8.  Subtract any bank charges including monthly service charge
    or transfers you have authorized and have been deducted on this statement........................ _____
9.  Adjusted check book balance................................................. , _____

*Denotes a point at which one or more check serial numbers are unaccounted for this
statement period.  It may indicate outstanding checks or checks shown on previous statements.*

| STATEMENTS AND IMAGES |
|---|

Your account statement will include the following information with respect to each check paid against your account during the statement
cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information
for applicable fees under Research Requests.

| THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED<br>FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES. |
|---|

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:**

**Telephone: (888) 222-5432**
or write us at:
**Citizens Business Bank P O Box 51000, Ontario, CA 91761**

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a
receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a
question concerning  your statement, please be prepared to:

1.  Provide your name and account number (if any).
2.  Provide the dollar amount of the suspected error.
3.  Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

## Freight Masters USA
## Reconciliation Detail
### Citizens Business Bank 3865, Period Ending 11/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 11/1/2024 | | Transfer to Account 3865 | X | 3,556.51 | 3,556.51 |
| Total Deposits and Credits | | | | | 3,556.51 | 3,556.51 |
| Total Cleared Transactions | | | | | 3,556.51 | 3,556.51 |
| **Cleared Balance** | | | | | 3,556.51 | 3,556.51 |
| Register Balance as of 11/30/2024 | | | | | 3,556.51 | 3,556.51 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 12/31/2024 | | Transfer to Checking 3628 | | -500.00 | -500.00 |
| Total Checks and Payments | | | | | -500.00 | -500.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/31/2024 | | Interest Earned | | 0.30 | 0.30 |
| Total Deposits and Credits | | | | | 0.30 | 0.30 |
| Total New Transactions | | | | | -499.70 | -499.70 |
| **Ending Balance** | | | | | 3,056.81 | 3,056.81 |