A. CISNEROS, Subchapter V Trustee
3403 10th Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Email: arturo@mclaw.org

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Freight Masters USA,<br><br>　　　　　Debtor. | Bankruptcy Case 6:24-bk-16080-SY<br><br>Chapter 11<br>Subchapter V<br><br>**NON-OPPOSITION TO DEBTOR'S MOTION TO DISMISS AND REQUEST TO RETAIN JURISDICTION**<br><br><u>**Hearing:**</u><br>Date:　January 30, 2025<br>Time:　1:30 PM<br>Place:　Courtroom 302<br>　　　　3420 Twelfth St.<br>　　　　Riverside, CA 92501 |

**TO THE HONORABLE S SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

　　　A. Cisneros, the Subchapter V Trustee in the above-captioned Chapter 11 case ("Trustee") hereby submits the following Non-Opposition to the Motion to Voluntarily Dismiss Case filed by the Debtor on January 9, 2025 as Docket Entry 41 ("Motion to Dismiss"). The Trustee has no opposition

1 to the Motion to Dismiss; however, the Trustee respectfully requests the Court retain jurisdiction to
2 hear professional fee applications and enforce any awards therefrom.

DATED: January 13, 2025          By: _____
                                     A. Cisneros, Subchapter V Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**MALCOLM & CISNEROS, A Law Corporation, 2112 Business Center Drive. Irvine CA 92612**

A true and correct copy of the foregoing document described as **NON-OPPOSITION TO DEBTOR'S MOTION TO DISMISS AND REQUEST TO RETAIN JURISDICTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 13, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **January 13, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Freight Masters USA
779 Palmyrita Ave.
Riverside, CA 92507

**Judge:**
Honorable Scott H. Yun
United States Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2025 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

   Andrew S Bisom    abisom@bisomlaw.com
   Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
   Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
   Abram Feuerstein    abram.s.feuerstein@usdoj.gov
   Everett L Green    everett.l.green@usdoj.gov
   Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
   Cameron C Ridley    Cameron.Ridley@usdoj.gov
   United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov