DAVID R. ZARO (BAR NO. 124334)
E-Mail: dzaro@allenmatkins.com
MATTHEW D. PHAM (BAR NO. 287704)
E-Mail: mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816

Attorneys for Landlord
RLF III WEST, LLC

**FILED & ENTERED**

**FEB 11 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FREIGHT MASTERS USA,<br><br>Debtor. | Case No. 6:24-bk-16080-SY<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**<br><br>Hearing:<br>Date:   January 30, 2025<br>Time:  1:30 p.m.<br>Place: Courtroom 302<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

On January 9, 2025, the debtor and debtor in possession Freight Masters USA (the "Debtor") filed the *Debtor's Motion to Voluntarily Dismiss Case* (the "Motion"), ECF No. 41, in which it sought to dismiss the above-captioned chapter 11 case. On January 13, 2025, the subchapter V trustee Arturo Cisneros (the "Trustee") filed the *Non-Opposition to Debtor's Motion to Dismiss and Request to Retain Jurisdiction* (the "Non-Opposition"), ECF No. 43. And on January 16, 2025, the landlord and creditor RLF III West, LLC ("RLF") filed *RLF III West, LLC's Objection to Debtor's Motion to Voluntarily Dismiss Case* (the "Objection"), ECF No. 46, in which it requested that the court convert this case to one under chapter 7, rather than dismiss it.

The court held a hearing on the Motion on January 30, 2025 at 1:30 p.m. Andrew S. Bisom of the Bisom Law Group appeared on behalf of the Debtor. The Trustee appeared on behalf of himself. Matthew D. Pham of Allen Matkins Leck Gamble Mallory & Natsis LLP appeared on behalf of RLF. All other appearances are as noted on the record.

The court having considered the Motion, the Non-Opposition, and Objection, as well as oral argument from counsel at the hearing, and for the reasons stated on the record at the hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted in part as follows:

1. This chapter 11 case is converted to a case under chapter 7 of title 11 of the United States Code;

2. Once a chapter 7 trustee is appointed, the Debtor shall promptly turn over to the chapter 7 trustee all documents and property of the estate that are in the possession or control of the Debtor in accordance with Federal Rule of Bankruptcy Procedure 1019(d);

3. The Debtor shall, within 14 days after the date of entry of this order, file a schedule of unpaid debts incurred after the petition was filed but before conversion in accordance with Federal Rule of Bankruptcy Procedure 1019(e)(1)(A); and

4. The Debtor shall, within 30 days after the date of entry of this order, file and serve on the United States trustee a final report and account in accordance with Federal Rule of Bankruptcy Procedure 1019(e)(1)(B).

###

Date: February 11, 2025

Scott H. Yun
United States Bankruptcy Judge