| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lynda T. Bui - Bar No. 201002 <br> Timothy K. McMahon - Bar No. 342843 <br> SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP <br> 100 Spectrum Center Drive, Suite 600 <br> Irvine, California 92618 <br> Telephone: (949) 340-3400 <br> Facsimile: (949) 340-3000 <br> Email:  LBui@shulmanbastian.com <br>         TMcmahon@shulmanbastian.com <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:*  Charles W. Daff, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: <br><br> FREIGHT MASTERS USA, <br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-16080-SY <br><br> CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:** <br> CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO: (1) CONDUCT AN AUCTION SALE OF PERSONAL PROPERTY ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(b) AND (f); (2) APPROVING PAYMENT OF COMPENSATION AND EXPENSES TO THE AUCTIONEER; AND (3) GRANTING RELATED RELIEF INCLUDING USE OF SALE PROCEEDS TO PAY ACTUAL COSTS INCURRED; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF CHARLES W. DAFF IN SUPPORT <br><br> *(Specify name of Motion)* |
| | DATE: 07/17/2025 <br> TIME:  9:30 am <br> COURTROOM: 302 <br> PLACE: United States Bankruptcy Court <br>         3420 Twelfth Street <br>         Riverside, CA 92501 |

1. TO (*specify name*):  HONORABLE SCOTT H.YUN, UNITES STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 1                                     **F 9013-1.1.HEARING.NOTICE**

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  06/25/2025

SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP
Printed name of law firm

/s/ Lynda T. Bui
Signature

Lynda T. Bui
Printed name of attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 2                         **F 9013-1.1.HEARING.NOTICE**

1  Lynda T. Bui - Bar No. 201002
   Timothy K. McMahon - Bar No. 342843
2  **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:     (949) 340-3400
4  Facsimile:     (949) 340-3000
   Email:         LBui@shulmanbastian.com
5                 TMcmahon@shulmanbastian.com

6  Attorneys for Charles W. Daff,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

11 | In re                          | Case No. 6:24-bk-16080-SY

12 | **FREIGHT MASTERS USA,**        | Chapter 7 (Converted)

13 |              Debtor.            | **CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO:**

14

15 | **(1) CONDUCT AN AUCTION SALE OF PERSONAL PROPERTY ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(b) AND (f);**

16

17

18 | **(2) APPROVING PAYMENT OF COMPENSATION AND EXPENSES TO THE AUCTIONEER; AND**

19

20 | **(3) GRANTING RELATED RELIEF INCLUDING USE OF SALE PROCEEDS TO PAY ACTUAL COSTS INCURRED;**

21

22 | **MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF CHARLES W. DAFF IN SUPPORT**

23 | **Hearing Date:**
   Date:     July 17, 2025
24 | Time:     9:30 a.m.
   Place:    Courtroom 302
25 |          United States Bankruptcy Court
            3420 Twelfth Street
26 |          Riverside, CA 92501

27

28

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND ALL INTERESTED PARTIES**:

## I.  INTRODUCTION

Charles W. Daff ("Trustee"), the Chapter 7 trustee for the bankruptcy estate ("Estate") of Freight Masters USA. ("Debtor"), brings this *Motion for an Order Authorizing the Trustee to: (1) Conduct an Auction Sale of Personal Property Assets of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code Sections 363(b) and (f); (2) Pay Compensation and Expenses to the Auctioneer; and (3) Granting Related Relief Including Use of Sale Proceeds to Pay for Actual Costs Incurred* ("Auction Motion").

The Trustee has determined that the sale of the Debtor's Assets[1] through an online auction will provide the most benefit for the Estate and its creditors. The Trustee needs to immediately liquidate the Assets to maximize the value potential for the estate.

The Trustee is advised by the proposed auctioneer Fischer Auction Company (the "Auctioneer") that the Assets to be sold at auction have a gross liquidation value of approximately $29,500 and after payment of costs of the sale, the net proceeds for the Estate are approximately $20,000.00. Based on good business reasons that exist as outlined below, the Trustee respectfully requests that the Court approve the Auction Motion.

## II.  RELEVANT FACTS

### A.    The Bankruptcy Case

Prior to converting to a chapter 7 bankruptcy case, the Debtor had been operating a warehousing and distribution warehouse in Riverside since 2022. Its operation involved unloading client's shipping containers that arrive from overseas and store them at its facilities until needed. It then arranges for delivery of its customer's own clients through third-party shipping companies such as Federal Express, UPS, and others.

///

---

[1] Capitalized terms are defined below.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

The Debtor filed a voluntary petition under chapter 11, subchapter V, of the United States Bankruptcy Code on October 10, 2024 ("<u>Petition Date</u>"), in the United States Bankruptcy Court, Central District of California, Case No. 6:24-bk-16080-SY.

Following the Debtor's filing of a Motion to Voluntarily Dismiss Case (the "<u>Motion</u>"), on January 9, 2025, the Court entered its Order granting in part the Motion and converting the case to a Chapter 7 proceeding [docket 54]. Thereafter, on February 12, 2025, the United States Trustee appointed Charles W. Daff as the Chapter 7 trustee for the Estate [docket 55].

Charles W. Daff is the duly appointed, qualified and acting Chapter 7 trustee for the Estate. The initial Meeting of Creditors was held on March 12, 2025 and is currently continued to July 2, 2025.

**B.     <u>The Assets to be Sold at Auction</u>**

The assets to be included in the proposed online auction sale are generally described as (i) two (2) 2023 Clark 3500 Forklift; (ii) 2023 Clark 5500 Forklift; (iii) GTR Floor Sweeper and (iv) 2017 International Truck (collectively, the "<u>Assets</u>"). The proposed Auctioneer has inspected the Assets and has advised that they have a total estimated gross liquidation value of approximately $29,500.00. Through the competitive bidding of a public online auction sale, it is anticipated that the Trustee will receive the best and highest value for the Assets and therefore, the ultimate sale price of the Assets will be fair and reasonable.

The Trustee believes that there are no liens or encumbrances impacting the Assets. Nevertheless, out of an abundance of caution, the Trustee seeks authority to conduct the auction sale free and clear of all liens and encumbrances, with any liens and interests against the Assets that are not released, paid in full, or otherwise resolved through the sale, if any, to attach to the sale proceeds with the same force, effect, validity, and priority as such liens or interests had with respect to the Assets prior to the sale, pending agreement with the lienholder or further Court order.

**C.     <u>The Proposed Auction Date, Proposed Auctioneer and Auction Contrat</u>**

The Trustee proposes to liquidate the Assets by online auction to the highest bidder. The online auction will be scheduled to commence approximately ten (10) days after the Court has approved the Auction Motion. The online auction is tentatively scheduled for August 12, 2025 at

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

1    10:00 a.m. with a preview/inspection of the Assets by prospective buyers to take place at 8711 N.

2    Magnolia Ave., Suite 300, Santee, CA 92071 on August 11, 2025 from 10:00 a.m. to 4:00 p.m.

3         Concurrent with the filing of this Auction Motion, the Trustee has filed his *Application for*

4    *an Order Authorizing the Trustee to Employ Fischer Auction Co. Inc. as* his auctioneer to coordinate

5    the online auction and authorization to pay Auctioneer's compensation and expenses pursuant to the

6    terms of the Auction Contract, a true and correct copy of which is attached as **Exhibit "2"** to the

7    Daff Declaration.

8         The Auctioneer has a blanket bond in the amount of $250,000.00 made payable to the United

9    States of America, which is on file with the Bankruptcy Court.  Attached as **Exhibit "3"** to the Daff

10    Declaration is copy of the blanket bond.  The total amount of assets the Auctioneer is currently

11    holding for auction does not total more than $250,000.00.

12         The Auctioneer has advised the Trustee that it maintains liability insurance for lost or stolen

13    property which protects any and all property under the Auctioneer's control which is secured,

14    transported and stored at the Auctioneer's auction location until sold.

15         The principal terms of the Auction Contract and proposed auction sale are as follows:

| | |
|---|---|
| Sale Format | Public online auction to be accessed via http://fischerauctions.proxibid.com |
| Sale Date and Time | The online auction will be scheduled to commence approximately ten (10) days after the Court has approved the Auction Motion. The online auction is tentatively scheduled for August 12, 2025 at 10:00 a.m to 4:00 p.m. |
| Viewing Site | Interested parties may preview/inspect the Assets at the Auctioneer's place of business located at 8711 N. Magnolia Ave., Suite 300, Santee, CA 92071 on August 11, 2025, from 10:00 a.m. to 4:00 p.m. |
| Assets | (i) Two (2) 2023 Clark 3500 Forklift; (ii) 2023 Clark 5500 Forklift; (iii) GTR Floor Sweeper and (iv) 2017 International Truck |
| Marketing | Newspaper, online publications, direct mail and email blast.  Advertising to commence no later than two weeks prior to the auction sale date.  Advertising to be targeted to the demographic area of the Debtor's industry so as to fully expose the auction sale. |
| Auctioneer's Costs | Auctioneer will be reimbursed its reasonable costs for advertising, labor, detailing, and towing in order to conduct the auction.  Such costs are estimated to be no more than $6,200.00. |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

4

| | |
|---|---|
| Auctioneer's Compensation | The Auctioneer will conduct the auction sale based solely upon the following compensation:  (i) 10% Buyer's Premium charged to each purchaser, (ii) an additional 3% charged to each purchaser and paid to Proxibid for online bidding services, and (iii) an additional 3% will be charged to each purchaser who pays with a credit card. The Auctioneer has no ownership interest in Proxibid and all Assets will be sold through Proxibid.  The Auctioneer will receive the entire 10% Buyer's Premium. |
| | The Buyer's Premium will be collected by the Auctioneer and along with the auction proceeds turned over to the Trustee no later than seven calendar days after the conclusion of the auction. Payment of the Buyer's Premium by the Estate to the Auctioneer is subject to the Auctioneer providing the Trustee with a Report of Auctioneer ("Auction Report") within twenty-one (21) days after the conclusion of the auction in compliance with the requirements of the United States Trustee's Supervisory Instruction No. 10.[2] |
| | Within seven days of the Trustee's receipt of the Auction Report, the Trustee shall file it with the Court along with a declaration stating that the Trustee has compared the Auction Report to the list of items/lots sold, the Auction Report is satisfactory, the gross funds have been turned over to the Trustee, and the Auctioneer has been compensated pursuant to the terms of the Auction Contract and the Auction Motion as approved by the Court.  Provided an Order has been entered approving payment of the Auctioneer's compensation and expenses, the Trustee shall compensate the Auctioneer for the Court approved fees and expenses within seven calendar days of the Trustee's receipt of the Auction Report. |
| Additional terms | • The sale will be without limit and without reserve, subject only to minimum opening bid amounts established by the Auctioneer, based on Auctioneer's expert judgment.<br><br>• Auctioneer will offer the Assets to buyers in "as-is, where-is" condition, without representations or warranties.<br><br>• If necessary, the Auctioneer may require bidders to post an appropriate deposit as a prerequisite to bid.<br><br>• The Auctioneer will require buyers to sign a terms sheet, which will include terms to protect Auctioneer and Seller from buyer payment defaults, damage to persons or property onsite, claims regarding the Assets, etc.<br><br>• Auctioneer will accept from buyers the following forms of payment: cash, credit card (a 3% fee will be charged to all buyers), cashiers' checks, guaranteed checks and wire transfer as payment for the property sold.<br><br>• Auctioneer shall be responsible to collect and remit any applicable sales tax. |

---

[2] The Auction Report must include at a minimum: the date of the sale, each item sold, the sale price and the name, address, and telephone number of the purchaser - in the case of lots, a brief description of each lot sold as well as the sale price and purchaser thereof, the gross proceeds of sale, a statement that the gross proceeds have been turned over to the Trustee, and a descriptive list of the items that were not sold but which were returned to the Trustee.  The Supervisory Instruction No. 10 also provides that any and all auction proceeds are to be turned over to the Trustee within seven days of conclusion of the auction and that the Auction Report is due within twenty-one days after conclusion of the auction.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

**D.**      **Tax Consequences**

Any sales taxes from the sale of the Assets will be paid by the purchaser of the Assets at the auction.  At this time, the Trustee does not know what the capital gains taxes liability will be, if any, generated by the sale.  In the event that there is any tax liability generated from the sale, it is anticipated that such taxes will be paid from the sale proceeds.

**E.**      **Request for Authorization to Use the Auction Proceeds to Pay the Auctioneer's Compensation and Expenses and to Reimburse the Trustee for his Actual Costs**

Through this Auction Motion, the Trustee requests the Court authorize the use of the proceeds of the auction sale to make Court approved disbursements to the proposed Auctioneer pursuant to the terms of the Auction Contract and this Auction Motion as described above.

**F.**      **Request to Authorize the Trustee to execute Documents to Transfer Title Assets Included in the Auction Sale**

Through this Auction Motion, the Trustee seeks authority to execute the appropriate documents to facilitate the transfer of title to the Truck or other assets that are included in the auction sale.

## III.      LEGAL AUTHORITIES

**A.**      **There are Good Business Reasons for the Sale and the Sale is in the Best Interest of the Estate.**

The duties of a trustee in a Chapter 7 filing are enumerated in 11 U.S.C. §704, which provides in relevant part as follows:

(a) The trustee shall—

(1) collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest;

(2) be accountable for all property received;

11 U.S.C. §704(a).

Further, the Trustee, after notice and hearing, may sell property of the estate.  11 U.S.C. § 363(b).  Courts ordinarily will approve a proposed sale if there is a good business reason for the sale and the sale is in the bests interests of the estate.  *In re Wilde Horse Enterprises, Inc.*, 136 B.R. 830, 841 (Bankr. C.D. Cal. 1991); *In re Lionel Corp.*, 722 F.2d 1063, 1069 (2d Cir. 1983).

///

///

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

The Trustee has made a business decision and believes that the sale of the Assets by the proposed auction sale is the best available alternative for maximizing the value of the Assets for the Estate and creditors. The auction sale is the most efficient and cost effective way to liquidate the Assets and will allow the Estate to receive the most value as compared to attempting to sell on a piecemeal basis. The Trustee has been advised by the proposed Auctioneer that the auction may generate net funds (after costs of sale) of approximately $20,350.00 as follows:

| Estimated Gross Sale Projection | $29,500.00 |
|---|---|
| *Less* Auctioneer expense reimbursement (estimate) | ($6,200.00) |
| *Less* 10% Buyer's Premium charged to Estate | ($2,950.00) |
| Estimated Net Recovery | $20,350.00 |

Through the competitive bidding of an online public auction, it is anticipated that the Trustee will receive the best and highest value for the Assets and therefore, the ultimate sale price will be fair and reasonable.

Therefore, the Trustee respectfully submits that, if this Court applies the good business reason standard suggested by the Second Circuit in *Lionel*, the sale should be approved.

A.      **The Proposed Sale Should be Allowed Free and Clear of Liens**

Bankruptcy Code Section 363(f) allows a trustee to sell property of the bankruptcy estate "free and clear of any interest in such property of an entity," if any one of the following five conditions is met:

> (1)      applicable non-bankruptcy law permits a sale of such property free and clear of such interest;
>
> (2)      such entity consents;
>
> (3)      such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>
> (4)      such interest is in bona fide dispute; or
>
> (5)      such entity could be compelled, in a legal or equitable proceeding, to accept money satisfaction of such interest.

11 U.S.C. § 363(f).

///

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

1   Section 363(f) is written in the disjunctive and thus only one of the enumerated conditions

2   needs to be satisfied for Court approval to be appropriate. The Trustee proposes to sell under sections

3   363(f)(2), (3) and (4).

4      1.      **Section 363(f)(3) – Sale Price Exceeds Agreggate Value of All Liens**

5              **Encumbering the Assets**

6      Section 363(f)(3) of the Bankruptcy Code provides that the trustee may sell property of the

7   estate free and clear of any lien on such property if the price at which such property is to be sold is

8   greater than the aggregate value of all liens on such property. 11 U.S.C. § 363(f)(3).

9      The Trustee intends to sell the Assets free and clear of any security interests pursuant to

10  subsection (f)(3) as the sale price will be greater than the value of any liens encumbering them.

11     2.      **Section 363(f)(4) – Bona Fide Dispute**

12     A bona fide dispute has been defined by *In re Atwood*, 124 B.R. 402 (Bankr. S.D. Ga. 1991)

13  as a "genuine issue of material fact that bears upon the debtor's liability, or meritorious contention

14  as to the application of law to undisputed facts." *Id.* at 407. In *In re Milford Group, Inc.,* 150 B.R.

15  904 (Bankr. M.D. Pa. 1992), the court stated it need not resolve a bona fide dispute, but must

16  determine whether the issues presented are genuine as to the existence of a bona fide dispute. In

17  doing so, the *Milford* Court found that the debtor had met its burden to establish cause for the Court

18  to allow for the sale of the property, free and clear of liens. Requiring resolution of those issues

19  before the sale may likely take substantial time, effort and expense by the parties.

20     Here, the Trustee believes there are no liens or encumbrances impacting the Assets.

21  Nevertheless, out of an abundance of caution the Trustee seeks authority to conduct the auction sale

22  free and clear of all liens and encumbrances, with any liens and interests against the Assets that are

23  not released, paid in full, or otherwise resolved through the sale, if any, to attach to the sale proceeds

24  with the same force, effect, validity, and priority as such liens or interests had with respect to the

25  Assets prior to the sale, pending agreement with the lienholder or further Court order. The need to

26  resolve disputed liens should not hinder, delay or in any way inhibit the Trustee's efforts to

27  maximize the value of the sale of the Assets for the Estate. Unresolved liens will be the subject of a

28  bona fide dispute as the Trustee believes there are no liens impacting the Assets. Pursuant to

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

1   Bankruptcy Code §§ 363(b)(1) and 363(f)(4), the Trustee seeks to sell the Assets free and clear of

2   unresolved liens with such disputed liens to attach to the proceeds of the sale in the same validity

3   and priority as prior to the sale pending agreement with the lienholder or further Court order.  Thus,

4   approval for the sale free and clear of the lien as a disputed lien pursuant to Bankruptcy Code §§

5   363(f)(3) and (4) is appropriate.

6   **B.**      **The Court has Authority to Waive the Fourteen-Day Stay of Sale**

7            Federal Rule of Bankruptcy Procedure 6004(h) provides that "[a]n order authorizing the use,

8   sale or lease of property other than cash collateral is stayed until the expiration of 14 days after entry

9   of the order, unless the Court orders otherwise." Fed. Rule Bankr. P. 6004(h).  The Trustee desires

10  to conduct and close the auction sale as soon as practicable after entry of an order approving the

11  Auction Motion.  Accordingly, the Trustee requests that the Court, in the discretion provided it

12  under Federal Rule of Bankruptcy Procedure 6004(h), waive the fourteen-day stay requirement.

13                               **IV.    CONCLUSION**

14           Based upon the foregoing, the Trustee respectfully submits that good cause exists for

15  granting the Auction Motion and requests that the Court enter an order as follows:

16           1.       Approving the online auction sale of the Assets, to the highest bidder, free and clear

17  of all liens and encumbrances with any liens and interests against the Assets that are not released,

18  paid in full, or otherwise resolved through sale, if any, to attach to the sale proceeds with the same

19  force, effect, validity, and priority as such liens or interests had with respect to the Assets prior to

20  the sale, pending agreement with the lienholder or further Court order.

21           2.       Authorizing the Trustee to execute the appropriate documents to facilitate the

22  transfer of title to any vehicles or other assets that are included in the auction sale.

23           3.       Approving and authorizing payment of the Auctioneer's compensation and expenses

24  pursuant to the terms of the Auction Contract and this Auction Motion.

25           4.       Authorizing the Trustee to use the proceeds of the auction sale to make Court

26  approved disbursements to the proposed Auctioneer pursuant to the terms of the Auction Contract

27  and this Auction Motion.

28  ///

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

9

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

5.    Authorizing payment to the Auctioneer without further order of this Court upon completion of the requirements of the United States Trustee's Supervisory Instructions No. 10.

6.    Directing that the fourteen day stay of the order approving the Auction Motion as provided by Federal Rules of Bankruptcy Procedure 6004(h), or any other applicable rules, shall not apply and that absent judicial imposition of a stay of the Court order approving the Auction Motion pending appeal, the Trustee may immediately consummate the actions that are approved by such Court order.

7.    For such other and further relief as the Court deems just and proper under the circumstances of this case.

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED:  June 25, 2025          By:    _____/s/ Lynda T. Bui_____
                                      Lynda T. Bui
                                      Timothy K. McMahon
                                      Attorneys for Charles W. Daff, Chapter 7 Trustee for the
                                      bankruptcy estate of Freight Masters USA

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

# DECLARATION

## <u>DECLARATION OF CHARLES W. DAFF</u>

I, Charles W. Daff, declare:

1.      I am the Chapter 7 trustee for the bankruptcy estate of *Freight Masters USA* ("<u>Debtor</u>"), Case No. 6:24-bk-16080-SY. I have personal knowledge of the matters set forth in this Declaration and if called upon to testify, I could and would testify competently to the matters.

2.      I am familiar with the Debtor's bankruptcy proceeding and make this Declaration in support of my *Motion for an Order Authorizing the Trustee to: (1) Conduct an Auction Sale of Personal Property Assets of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code Sections 363(b) and (f); (2) Approving Payment of Compensation and Expenses to the Auctioneer; and (3) Granting Related Relief Including Use of Sale Proceeds to Pay for Actual Costs Incurred* ("<u>Auction Motion</u>").  Unless otherwise noted, capitalized terms herein have the meaning as set forth in the Auction Motion.

3.      Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, my review of relevant documents in the Debtor's bankruptcy case, or my opinion based upon my experience and knowledge as a panel trustee for the Central District of California.  If called as a witness, I could and would competently testify thereto.

4.      I have read and I am aware of the contents of the Auction Motion and the accompanying Memorandum of Points and Authorities.  The facts stated in the Auction Motion and the Points and Authorities are true to the best of my knowledge.

5.      The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on October 10, 2024.  A true and correct copy of the Debtor's Schedule A/B filed on October 10, 2024 (docket number 1) is attached here as **Exhibit "1"** and incorporated herein by this reference.

6.      Following the Debtor's filing of a Motion to Voluntarily Dismiss Case, on January 9, 2025, the Court entered its Order granting in part the Motion and converting the case to a Chapter 7 proceeding [docket 54].

///

///

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

11

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

7.      Thereafter, on February 12, 2025, the United States Trustee appointed me as the Chapter 7 trustee for the bankruptcy estate [docket 55].

8.      I am informed that the Debtor operated a warehousing and distribution warehouse in Riverside since 2022. Its operation involved unloading client's shipping containers that arrive from overseas and store them at its facilities until needed. It then arranges for delivery of its customer's own clients through third-party shipping companies such as Federal Express, UPS, and others.

9.      The personal property assets to be included in the proposed online auction sale are (i) two (2) 2023 Clark 3500 Forklifts, (ii) a 2023 Clark 5500 Forklift, (iii) and a 2017 International Truck (the "Assets").

10.     The proposed Auctioneer has inspected the Assets and has advised that they have a total estimated gross liquidation value of approximately $29,500.00. Through the competitive bidding of a public online auction sale, it is anticipated that the Trustee will receive the best and highest value for the Assets and therefore, the ultimate sale price of the Assets will be fair and reasonable.

11.     My proposed auctioneer, Fischer Auction Co. Inc. ("Auctioneer") has inspected the Assets and has advised that they have a total estimated gross liquidation value of approximately $29,500.00.  Through the competitive bidding of an online public auction sale, it is anticipated that the Estate will receive the best and highest value for the Assets and therefore, the ultimate sale price of the Assets will be fair and reasonable.

12.     I believe that there are no other liens or encumbrances impacting the Assets. Nevertheless, out of an abundance of caution, I seek authority to conduct the auction sale free and clear of all liens and encumbrances, with any liens and interests against the Assets that are not released, paid in full, or otherwise resolved through the sale, if any, to attach to the sale proceeds with the same force, effect, validity, and priority as such liens or interests had with respect to the Assets prior to the sale, pending agreement with the lienholder or further Court order.

13.     I propose to liquidate the Assets by auction to the highest bidder.

///

///

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

12

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

14.     I request authorization to pay the Auctioneer's compensation and expenses pursuant to the terms of the Auction Contract, a true and correct copy of which is attached here as **Exhibit "2"** and incorporated herein by this reference.

15.     I am informed that the Auctioneer has a blanket bond in the amount of $250,000.00 made payable to the United States of America, which is on file with the Bankruptcy Court. Attached here as **Exhibit "3"** is copy of the blanket bond. I am further informed that the collective value of all of the Auctioneer's current assets held for auction is less than $250,000.00.

16.     The Buyer's Premium will be collected by the Auctioneer and along with the auction proceeds, turned over to me no later than seven (7) calendar days after the conclusion of the auction. No later than twenty-one (21) days after the conclusion of the auction, the Auctioneer will submit to me a Report of Auctioneer ("<u>Auction Report</u>") in compliance with the requirements of the United States Trustee's Supervisory Instruction No. 10.[3]   Payment of the Buyer's Premium by the Estate to the Auctioneer is subject to the Auctioneer providing me the Auction Report.

17.     Within seven (7) days of my receipt of the Auction Report, I will file it with the Court along with a declaration stating that I have compared the Auction Report to the list of items/lots sold, the Auction Report is satisfactory, the gross funds have been turned over to me, and the Auctioneer has been compensated pursuant to the terms of the Auction Contract and the Auction Motion as approved by the Court.

18.     Provided an Order has been entered approving payment of the Auctioneer's compensation and expenses, I will compensate the Auctioneer for the Court approved fees and expenses within seven (7) calendar days of the filing with the Court of the Auction Report and the my declaration.

///

///

---

[3]  The Auction Report will include at a minimum: the date of the sale, each item sold, the sale price and the name, address, and telephone number of the purchaser - in the case of lots, a brief description of each lot sold as well as the sale price and purchaser thereof, the gross proceeds of sale, a statement that the gross proceeds have been turned over to me, and a descriptive list of the items that were not sold but which were returned to me.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

13

19.    I request the Court authorize the use of the proceeds of the auction sale to make Court approved disbursements to the proposed Auctioneer pursuant to the terms of the Auction Contract and the Auction Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24 2025, at Irvine, California.

_____
Charles W. Daff

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

14

S:\Active\E-F\Freight Masters USA\Pld\Sale Motion Final

# EXHIBIT 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Freight Masters USA |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-4278518 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1400 Marlborough<br>Riverside, CA 92507 | 779 Palmyrita Ave.<br>Riverside, CA 92507 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Riverside | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

EXHIBIT 1

Debtor    Freight Masters USA                                    Case number (if known)
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    **EXHIBIT 1**    page 2

| Debtor | Freight Masters USA | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    EXHIBIT 1    page 3

| Debtor | Freight Masters USA | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 20, 2024___
MM / DD / YYYY

**X** /s/  Antonio Martinez, Jr.                         Antonio Martinez, Jr.
Signature of authorized representative of debtor         Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Andrew Bisom                         Date   August 20, 2024
Signature of attorney for debtor                       MM / DD / YYYY

Andrew Bisom 137071
Printed name

Law Office of Andrew S. Bisom
Firm name

300 Spectrum Center Drive, Ste. 400
Irvine, CA 92618
Number, Street, City, State & ZIP Code

Contact phone   (714) 643-8900        Email address   abisom@bisomlaw.com

137071 CA
Bar number and State

| Debtor | Freight Masters USA | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 20, 2024
                MM / DD / YYYY

X _____            Antonio Martinez, Jr.
Signature of authorized representative of debtor    Printed name

Title    CEO

**18. Signature of attorney**

X _____            Date    August 20, 2024
Signature of attorney for debtor                MM / DD / YYYY

Andrew Bisom 137071
Printed name

Law Office of Andrew S. Bisom
Firm name

300 Spectrum Center Drive, Ste. 400
Irvine, CA 92618
Number, Street, City, State & ZIP Code

Contact phone    (714) 643-8900    Email address    abisom@bisomlaw.com

137071 CA
Bar number and State

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name    Freight Masters USA

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 20, 2024     **X** /s/   Antonio Martinez, Jr.
                                                        Signature of individual signing on behalf of debtor

                                                      Antonio Martinez, Jr.
                                                      Printed name

                                                      CEO
                                                      Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name     Freight Masters USA

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. *This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.*   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

    *Declaration and signature*

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☒   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☒   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☒   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☒   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☒   *Schedule H: Codebtors (Official Form 206H)*
☒   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☒   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 20, 2024          X _____
                                         Signature of individual signing on behalf of debtor

                                         Antonio Martinez, Jr.
                                         Printed name

                                         CEO
                                         Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Freight Masters USA |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Porsche Financial Services One Porsche Drive Atlanta, GA 30354 | | #1 2023 Porsche 911 | | $228,737.00 | $185,000.00 | $43,737.00 |
| Porsche Financial Services One Porsche Dr. Atlanta, GA 30354 | | #2 2023 Porsche 911 | | $185,847.00 | $155,000.00 | $30,847.00 |
| RLF III West, LLC 201 West St., Ste. 200 Annapolis, MD 21401 | | Past due rent | | | | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 1

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re    Freight Masters USA

Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Antonio Martinez, Jr.<br>779 Palmyrita Ave.<br>Riverside, CA 92507 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 20, 2024

Signature    /s/ Antonio Martinez, Jr.

Antonio Martinez, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

EXHIBIT 1

## United States Bankruptcy Court
### Central District of California, Santa Ana Division

In re    Freight Masters USA

Debtor(s)

Case No.

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Antonio Martinez, Jr.<br>779 Palmyrita Ave.<br>Riverside, CA 92507 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 20, 2024

Signature    Antonio Martinez, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

EXHIBIT 1

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    _____August 20, 2024_____

/s/   Antonio Martinez, Jr.
_____
Antonio Martinez, Jr.
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1.STMT.RELATED.CASES**
                                                                        EXHIBIT 1

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   RIVERSIDE   , California.

Date:   August 20, 2024

Antonio Martinez, Jr.
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1          F 1015-2.1.STMT.RELATED.CASES

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name      Freight Masters USA

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................    $      1,267,200.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................    $      1,267,200.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $        414,584.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $              0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$              0.00

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b          $        414,584.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Freight Masters USA |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citizens Bank | Checking | 2400 | $20,000.00 |
| 3.2. | Citizens Bank | Savings | 2408 | $500.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $20,500.00 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | Security deposit to RLF III West, LLC | $680,000.00 |
|---|---|---|

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$680,000.00

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.    Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 80,000.00 | - | 0.00 | = .... | $80,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

$80,000.00

**Investments**

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** Desks & chairs | $0.00 | | $200.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** 3 computers & copier | $0.00 | | $500.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**43. Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$700.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  #2 2023 Porsche 911 | $0.00 | | $155,000.00 |
| 47.2.  2023 Clark 3500 Forklift | $0.00 | | $25,000.00 |
| 47.3.  2023 Clark 5500 Forklift | $0.00 | | $30,000.00 |
| 47.4.  #1 2023 Porsche 911 | $0.00 | | $185,000.00 |
| 47.5.  2023 Clark 3500 forklift | $0.00 | | $25,000.00 |
| 47.6.  2017 International Truck | $0.00 | | $25,000.00 |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
GTR Floor Sweeper                                       $0.00                          $15,000.00

**51. Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$460,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(If known)* | |
|--------|---------------------|--------------------------|--|
| | Name | | |

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

| 71. | Notes receivable |  |  |  |
|-----|------------------|--|--|--|
| | Description (include name of obligor) | | | |
| | Loan to TMT | 26,000.00 − Total face amount | 0.00 = doubtful or uncollectible amount | $26,000.00 |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
|-----|--|

| 73. | **Interests in insurance policies or annuities** |
|-----|--|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|-----|--|

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|-----|--|

| 76. | **Trusts, equitable or future interests in property** |
|-----|--|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|-----|--|

| 78. | **Total of Part 11.** | $26,000.00 |
|-----|-----------------------|------------|
| | Add lines 71 through 77. Copy the total to line 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $680,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $80,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $460,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $26,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,267,200.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,267,200.00 |

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name __Freight Masters USA__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Porsche Financial Services<br>Creditor's Name<br><br>One Porsche Drive<br>Atlanta, GA 30354<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2023<br>**Last 4 digits of account number**<br>6127<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>#1 2023 Porsche 911<br><br><br>Describe the lien<br>Purchase Money Security<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228,737.00 | $185,000.00 |
| **2.2** Porsche Financial Services<br>Creditor's Name<br><br>One Porsche Dr.<br>Atlanta, GA 30354<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2023<br>**Last 4 digits of account number**<br>3785<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>#2 2023 Porsche 911<br><br><br>Describe the lien<br>Purchase Money Security<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $185,847.00 | $155,000.00 |

Official Form 206D              Schedule D: Creditors Who Have Claims Secured by Property              page 1 of 2

EXHIBIT 1

| Debtor | Freight Masters USA | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $414,584.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name    Freight Masters USA

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** <br> CA Franchise Tax Board <br> Bankruptcy Section, MS: A-340 <br> P. O. Box 2952 <br><br> Sacramento, CA 95812-2952 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** Notice Purposes Only <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** <br> Internal Revenue Service <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** Notice Purposes Only <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> RLF III West, LLC <br> 201 West St., Ste. 200 <br> Annapolis, MD 21401 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _2023 - 2024_ <br> **Last 4 digits of account number** _ | **Basis for the claim:** Past due rent <br> Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 1

Debtor    Freight Masters USA    Case number (if known)
_____
Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ _____ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 0.00 |

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name ___Freight Masters USA___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     Premises Lease | |
| State the term remaining     50 months | |
| List the contract number of any government contract | RLF III West, LLC 201 West St., Ste. 200 Annapolis, MD 21401 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name _____Freight Masters USA_____

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.2 | Antonio Martinez, Jr. | 779 Palmyrita Ave. Riverside, CA 92507 | Porsche Financial Services | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Antonio Martinez, Jr. | 779 Palmyrita Ave. Riverside, CA 92507 | Porsche Financial Services | ☒ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | TMT Industries, Inc. | 779 Palmyrita Ave. Riverside, CA 92507 | RLF III West, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ☒ G ___2.1___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name ___Freight Masters USA___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business ☐ Other _____ | $1,300,000.00 |
| For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business ☐ Other _____ | $2,100,000.00 |
| For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business ☐ Other _____ | $400,000.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(if known)* |
|--------|---------------------|--------------------------|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. RLP III West, LLC v. Freight Masters USA UDMV2400934 | Unlawful Detainer | Riverside Superior Court 13800 Heacock St., Building D#210 Moreno Valley, CA 92553 | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 1

| Debtor | Freight Masters USA | | Case number *(if known)* | |
|---|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  The Bisom Law Group<br>300 Spectrum Center Drive,<br>Ste. 400<br>Irvine, CA 92618 | | 8/2024 | $17,000.00 |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  779 Palmyrita<br>Riverside, CA 92507 | 2/2023 - Present |

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **3**

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(if known)* |
|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Mark P. Rivera, CPA<br>Maurer, Gittings & Graf, LLP<br>3111 N. Tustin St., Ste. 140<br>Orange, CA 92865 | 2022 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

EXHIBIT 1

| Debtor | Freight Masters USA | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Antonio Martinez, Jr. | 779 Palmyrita<br>Riverside, CA 92507 | CEO, CFO, Shareholder | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 1

Debtor    Freight Masters USA _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 20, 2024 _____

/s/   Antonio Martinez, Jr. _____        Antonio Martinez, Jr. _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

EXHIBIT 1

Debtor  Freight Masters USA                                          Case number (if known)

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August 20, 2024

_____          Antonio Martinez, Jr.
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

EXHIBIT 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re    Freight Masters USA                                                                      Case No. _____
                                                          Debtor(s)                              Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ......................................................   $   _____

Prior to the filing of this statement I have received ........................................   $   _____

Balance Due .....................................................................................................   $   _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of..........................   $        17,000.00

The undersigned shall bill against the retainer at an hourly rate of................................   $          500.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

EXHIBIT 1

In re    Freight Masters USA                   Case No. _____

                     Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| August 20, 2024 | /s/ Andrew Bisom |
|---|---|
| *Date* | Andrew Bisom 137071 |
| | *Signature of Attorney* |
| | Law Office of Andrew S. Bisom |
| | 300 Spectrum Center Drive, Ste. 400 |
| | Irvine, CA 92618 |
| | (714) 643-8900   Fax: |
| | abisom@bisomlaw.com |
| | *Name of law firm* |

---

EXHIBIT 1

In re    Freight Masters USA                                    Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| | |
|---|---|
| September 3, 2024 | _(signature)_ |
| *Date* | Andrew Bisom 137071 |
| | *Signature of Attorney* |
| | Law Office of Andrew S. Bisom |
| | 300 Spectrum Center Drive, Ste. 400 |
| | Irvine, CA 92618 |
| | (714) 643-8900   Fax: |
| | abisom@bisomlaw.com |
| | *Name of law firm* |

EXHIBIT 1

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Andrew Bisom 137071
300 Spectrum Center Drive, Ste. 400
Irvine, CA 92618
(714) 643-8900
California State Bar Number: 137071 CA
abisom@bisomlaw.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

In re:

    Freight Masters USA

CASE NO.:

CHAPTER: 11

**VERIFICATION OF MASTER**
**MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  August 20, 2024

/s/  Antonio Martinez, Jr.
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  August 20, 2024

/s/ Andrew Bisom
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**
                                                                            EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Bisom 137071<br>300 Spectrum Center Drive, Ste. 400<br>Irvine, CA 92618<br>(714) 643-8900<br>California State Bar Number: 137071 CA<br>abisom@bisomlaw.com | |

☐  *Debtor(s) appearing without an attorney*
☒  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re:<br><br>Freight Masters USA | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  September 2, 2024

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  September 2, 2024

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

EXHIBIT 1

Antonio Martinez, Jr.
779 Palmyrita Ave.
Riverside, CA 92507


CA Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354


RLF III West, LLC
201 West St., Ste. 200
Annapolis, MD 21401


TMT Industries, Inc.
779 Palmyrita Ave.
Riverside, CA 92507


EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Bisom 137071<br>300 Spectrum Center Drive, Ste. 400<br>Irvine, CA 92618<br>(714) 643-8900<br>California State Bar Number: 137071 CA<br>abisom@bisomlaw.com | |

☒ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>　　　Freight Masters USA<br><br>　　　　　　　　　　　　　　　　Debtor(s),<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br><br><br><br><br><br>　　　　　　　　　　　　　　Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:　　11<br><br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO　FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,　__Andrew Bisom 137071_____ , the undersigned in the above-captioned case, hereby declare
　　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                     **F 1007-4.CORP.OWNERSHIP.STMT**
EXHIBIT 1

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:
☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☒ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
         *[For additional names, attach an addendum to this form.]*

   b.    ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| August 20, 2024 | By: | /s/ Andrew Bisom |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |
| | Name: | Andrew Bisom 137071 |
| | | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

EXHIBIT 1

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: Antonio Martinez, Jr.
*[For additional names, attach an addendum to this form.]*

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

August 20, 2024
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name: Antonio Martinez, Jr.
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

EXHIBIT 1

# EXHIBIT 2

Charles W. Daff
2107 N. Broadway Suite 308
Santa Ana, CA 92706

### UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No:  24-16080 |
| Freight Masters USA | ) | |
| | ) | DECLARATION OF |
| | ) | DISINTEREST BY |
| | | AUCTIONEER |

I, Jeff Bloom, do hereby declare and state as follows:

1. I am an adult individual and am competent to make this declaration.

2. I am a licensed auctioneer.  I make this declaration in support of the trustee's application to employ Fischer Auction Company to act as auctioneer in the above referenced case.

3. To the best of my knowledge, Fischer Auction Company is a "disinterested person" with respect to the debtor within the meaning of Section 101(14) of the Bankruptcy Code.

4. To the best of my knowledge, neither I nor anyone at Fischer Auction Company holds or represents any interest materially adverse to the debtor or to the estate, with respect to the matter in which Fischer Auction Company is to be employed.

5. Fischer Auction Company has no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6. We charge all bidders a 10% Buyer's Premium. We charge all bidders an additional 3% buyer's premium for online bidding services which is paid to Proxibid. We charge all bidders an additional 3% buyer's premium if paying with a credit card

7. We have no ownership in Proxibid and all items are sold through Proxibid


 I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed on this 24th day of June 2025 at San Diego, California


**(s)** *Jeff Bloom*
_____

Jeff Bloom, *Auctioneer*


EXHIBIT 2

# Fischer Auction Co. Inc.

**(619) 590-2828**

*8711 N. Magnolia Ave Suite 300 – Santee – CA 92071*    **Fax:   (619) 590-0744**

June 24, 2025

Charles W. Daff
2107 N. Broadway Suite 308
Santa Ana, CA 92706

RE: Freight Masters USA
BK# 24-16080

Dear Mr. Daff:

We have reviewed these assets of Freight Masters USA

2) Clark S20CL Forklifts, 1) Clark S25CL Forklift, 1) GTR V2.1 Floor Scrubber, 1) 2017
Freightliner M2 24' Van Truck VIN 3HAMMMML1HL459243.

Fischer Auction Company could conduct a Public Online Auction of these assets under the following
terms:

- Commission to be 10% of the gross proceeds.
- Expense allowance for advertising not to exceed $1,000, labor not to exceed $500, detailing
  not to exceed $500, towing not to exceed $4,200 for a total of expenses not to exceed $6,200.
- A 10% Buyer's Premium to be charged to all buyers, an additional 3% will be charged to all
  buyers and paid to Proxibid for online bidding services, an additional 3% will be charged to
  all buyers paying with a credit card.

Fischer Auction Company, Inc. could conduct a public online auction on Tuesday, August 12th,
2025, at 10am with a preview inspection on Monday August 11th, 2025, from 10:00AM-4:00PM.
Located at our office at 8711 N. Magnolia Ave. Suite 300, Santee CA, 92071. Online auction access
available via http://fischerauctions.proxibid.com

I expect the gross proceeds of the sale to be approximately $29,500.

We look forward to the opportunity to be of service to you.

Sincerely,

Fischer Auction Co. Inc.
*Jeff Bloom*
(s)  Jeff Bloom

EXHIBIT 2

# EXHIBIT 3

DUPLICATE ORIGINAL

CONTINUATION CERTIFICATE
SURETY BOND

## HARCO NATIONAL INSURANCE COMPANY
## RALEIGH, NC

In Consideration of $3,125.00 Dollars renewal premium
the term of Bond No. 0434269    in the amount of $250,000 issued
on behalf of FISCHER AUCTION CO. INC.
located at 880 FRONT STREET, SUITE 3230
          SAN DIEGO, CA 92101
in favor of United States of America, SOUTHERN DISTRICT OF CALIFORNIA
          402 W. BROADWAY, SUITE 600
          SAN DIEGO, CA  92101
in connection with ANNUAL BANKRUPTCY AUCTIONEER BOND
is hereby extended for a period beginning JANUARY  9, 2025 to JANUARY  9, 2028
subject to all covenants and conditions of said bond.


This certificate is designed to extend only the life of the bond. It does not increase the amount
which may be payable thereunder. The aggregate liability of the Company under the said bond
together with this certificate shall be exactly the same as, and no greater than it would have been,
if the said bond had originally been written to expire on the date to which it is now being
extended.


*Signed, sealed and dated          HARCO NATIONAL INSURANCE COMPANY
JANUARY 14, 2025

                                   By: _____

EXHIBIT 3

# POWER OF ATTORNEY
## HARCO NATIONAL INSURANCE COMPANY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
### Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609

**KNOW ALL MEN BY THESE PRESENTS:** That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting duly held on the 13th day of  December, 2018   and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the 13th  day of  December, 2018.

"RESOLVED, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents
on this  31st  day of  December, 2023

STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this 31st day of  December, 2023     , before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is  therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Cathy Cruz     a Notary Public of New Jersey
My Commission Expires April 16, 2029

## CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**  do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day,   1/14/25

A00586

Irene Martins, Assistant Secretary

VER2 2/2019 e_POA

**EXHIBIT 3**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO: (1) CONDUCT AN AUCTION SALE OF PERSONAL PROPERTY ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(b) AND (f); (2) APPROVING PAYMENT OF COMPENSATION AND EXPENSES TO THE AUCTIONEER; AND (3) GRANTING RELATED RELIEF INCLUDING USE OF SALE PROCEEDS TO PAY ACTUAL COSTS INCURRED; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF CHARLES W. DAFF IN SUPPORT AND NOTICE OF HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 25, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Judge's Copy | Proposed Auctioneer |
|---|---|
| U.S. Bankruptcy Court<br>Attn:  Honorable Scott H. Yun<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 | Jeff Bloom<br>Fischer Auction Co. Inc.<br>8711 N. Magnolia Avenue, Suite 300<br>Santee, CA 92071 |

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 25, 2025 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

**COUNSEL FOR THE DEBTOR:** Andrew S Bisom    abisom@bisomlaw.com
**COUNSEL FOR THE CHAPTER 7 TRUSTEE:** Lynda T Bui  lbui@shulmanbastian.com, ecf.filings@shbllp.com
**INTERESTED PARTY:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
**CHAPTER 7 TRUSTEE:** Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
**INTERESTED PARTY:** Abram Feuerstein  abram.s.feuerstein@usdoj.gov
**INTERESTED PARTY:** Everett L Green  everett.l.green@usdoj.gov
**COUNSEL FOR PORSCHE FINANCIAL SERVICES, INC:**Stacey A Miller    smiller@tharpe-howell.com
**INTERESTED PARTY:** Matthew D Pham  mpham@allenmatkins.com, mdiaz@allenmatkins.com
**INTERESTED PARTY:** Cameron C Ridley    wcvbees@gmail.com
**INTERESTED PARTY:** Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
**INTERESTED PARTY:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

## U.S. MAIL SERVICE LIST

**DEBTOR**
FREIGHT MASTERS USA
779 PALMYRITA AVE.
RIVERSIDE, CA 92507-1811

**CREDITOR LISTING**
EMPLOYMENT DEVELOPMENT
DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR LISTING**
PORSCHE FINANCIAL SERVICES,
INC.
C/O THARPE & HOWELL, LLP
15250 VENTURA BLVD.. 9TH FLOOR
SHERMAN OAKS, CA 91403-3221

**CREDITOR LISTING**
ALL STATE PROPANE
29400 ENTERPRISE WAY
LAKE ELSINORE, CA 92530-2708

**CLAIMS ADDRESS**
ALL STATE PROPANE
21520 YORBA LINDA BLVD., G508
YORBA LINDA, CA 92887

**CREDITOR LISTING**
ANTONIO MARTINEZ, JR.
779 PALMYRITA AVE.
RIVERSIDE, CA 92507-1811

**CREDITOR LISTING**
ATHENS SERVICES
P.O. BOX 54957
LOS ANGELES, CA 90054-0957

**CREDITOR LISTING**
CAL LIFT
13027 CROSSROADS PARKWAY S.
CITY OF LNDUSTRY, CA
91746-3406

**CREDITOR LISTING**
CALIFORNIA CHOICE
GRP #82108
721 S. PARKER, STE. 140
ORANGE, CA 92868-4715

**CREDITOR LISTING**
CHOICE BUILDER
721 SOUTH PARKER, STE. 140
ORANGE, CA 92868-4715

**CREDITOR LISTING**
CODE RED
P.O. BOX 1552
MONTEBELLO, CA 90640-7552

**CREDITOR LISTING**
EXTENSIV
100 N. PACIFIC COAST HWY, #100
EL SEGUNDO, CA 90245-5654

**CLAIMS ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A 340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR LISTING**
FEDEX DEPT. LA
P.O. BOX 21415
PASADENA, CA 91185-0001

**CREDITOR LISTING**
FULLERTON, LEMANN, SCHAEFER
& DOMINICK, LLP
1809 S. COMMERCENTER WEST
SAN BERNARDINO, CA 92408-3303

**CREDITOR LISTING**
GOVERNMENT SECURE
25108 MARGUERITE PKWY
STE. AL6
MISSION VIEJO, CA 92692-2497

**CREDITOR LISTING**
IE ALARMS
2375 CHICAGO AVE.
RIVERSIDE, CA 92507-6902

**CREDITOR LISTING**
IPFS INSURANCE
3 HUTTON CENTRE DR., STE. 630
SANTA ANA, CA 92707-8747

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CLAIM ADDRESS**
IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY, NJ 07302

**CLAIM ADDRESS**
DEPT. OF TREASURY - INTERNAL
REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR LISTING**
MASTERS COFFEE
16666 SMOKETREE ST.
HESPERIA, CA 92345-6177

**CREDITOR LISTING**
NETFORTRIS ACQUISITION CO.
DEPT. 111017
HARTFORD, CT 06115

**CREDITOR LISTING**
PORSCHE FINANCIAL SERVICES
ONE PORSCHE DRIVE
ATLANTA, GA 30354-1654

**CLAIM ADDRESS**
RLF III WEST, LLC
C/O MATTHEW D. PHAM
ALLEN MATKINS LECK GAMBLE
MALLORY & NATS
865 S. FIGUEROA STREET
SUITE 2800
LOS ANGELES, CA 90017-2795

**CREDITOR LISTING**
RSI INSURANCE BROKERS
1250 E. COPELAND ROAD, STE. 300
ARLINGTON, TX 76011-4940

**CREDITOR LISTING**
RIVERSIDE PUBLIC UTILITIES
3901 ORANGE ST.
RIVERSIDE, CA 92501-3610

**CREDITOR LISTING**
SIMONS BOOKKEEPING SERVICE
6331 LYRA ROAD
EASTVALE, CA 91752-3202

**CREDITOR LISTING**
SOUTHWEST TOYOTA LIFT
3725 NOBEL CT.
MIRA LOMA, CA 91752-3267

**CREDITOR LISTING**
SPECTRUM INTERNET
P.O. BOX 94188
PALATINE, IL 60094-4188

**CREDITOR LISTING**
TMT INDUSTRIES, INC.
779 PALMYRITA AVE.
RIVERSIDE, CA 92507-1811

**CREDITOR LISTING**
TOSHIBA FINANCIAL SERVICES
P.O. BOX 030310
LOS ANGELES, CA 90030-0310

**CREDITOR LISTING**
UPS
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

**CLAIM ADDRESS**
WELLS FARGO VENDOR FINANCIAL
SERVICES, LLC
801 WALNUT STREET MAC F0006-
052
DES MOINES, IA 50309

RETURNED MAIL

COURTESY NEF
**UNDELIVERABLE**

RIVERSIDE DIVISION
3420 TWELFTH STREET,
RIVERSIDE, CA 92501-3819
**N/A**

THE BISOM LAW GROUP
300 SPECTRUM CENTER DRIVE
STE 400
IRVINE, CA 92618-4989
**DUPLICATE**

CA FRANCHISE TAX BOARD
BANKRUPTCY SECTION
MS: A-340
P. O. BOX 2952
SACRAMENTO, CA 95812-2952
**DUPLICATE**

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952
**DUPLICATE**

RLF III WEST, LLC
**UNDELIVERABLE**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**