Charles Daff, (Bar No. 76178)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Tel: (657) 218-4800
Fax: (657)218-4858
charleswdaff@gmail.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Freight Masters USA<br><br>Debtors | Case No. 6: 24-bk-16080 SY<br><br>Chapter 7<br><br>**TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS; DECLARATION OF ACCOUNTANT**<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE:**

Charles W. Daff (hereinafter the "Trustee" or "Applicant") applies to the court for an order authorizing the employment of Hahn Fife & Company, LLP (hereinafter "Hahn Fife"), as his accountants (hereinafter "Application") and respectfully represents as follows:

1.  Applicant is the duly qualified and acting Chapter 7 Trustee in the

above-captioned case.

2.  Applicant proposes to employ Donald T Fife of Hahn Fife & Company, LLP ("Hahn Fife"), located at 1055 E. Colorado Blvd., 5th Floor, Pasadena, CA 91106, telephone (626)792-0855, to provide accounting services to the bankruptcy estate that include potential preference analysis, preparing and filing the necessary state and federal estate tax returns, review of financial documents, any other reasonable duties assigned by the Trustee.

3.  As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy estates, and tax matters included in bankruptcy estates. The firm is competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the resumes copies of which are attached as <u>Exhibit A</u>.

4.  As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and the Rules. Hahn Fife has agreed to perform accounting services and to thereafter make application to this Court for compensation. Hahn Fife has further agreed and will accept as their fee such amount as is determined by the Court to be reasonable and proper.

5.  Applicant proposes to employ Hahn Fife upon the following basis: Except as the Court may otherwise determine, after due notice, Hahn Fife will petition

2

Except as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C. Section 330 for an allowance of fees and reimbursable costs not more often than every 120 days. The petition will be heard upon notice to necessary parties. Hahn Fife will accept compensation and reimbursements of expenses in such amounts that the Court may award. There will be no written employment agreement apart from this Application. The only source of payment or compensation will be the estate. No retainer has been paid or is being proposed to Hahn Fife.

6. To the best of Applicant's information and belief, Hahn Fife: (1) does not hold or represent any interest adverse to Applicant, the Debtors, the creditors, and the estate; (2) has no connection with the Debtors, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California; (3) is a disinterested person as that term is defined in 11 U.S.C. Section 101(14); and (4) holds no pre-petition claim against the estate.

**WHEREFORE**, Applicant respectfully requests an order: (1) authorizing him to employ Hahn Fife as accountants, effective <u>December 7, 2025</u>, as an administrative expense of the estates upon the terms and conditions in this application; (2) granting for such other and further relief as is just and proper.

DATED: <u>December 7, 2025</u>



/s/ Charles W. Daff
Charles W. Daff

# DECLARATION OF CHARLES W DAFF

I, Charles W. Daff, declare as follows:

1. I am the duly qualified and acting Chapter 7 Trustee in Freight Masters, USA bearing case no 6:24-bk-16080 SY. I make this declaration based on personal knowledge and am competent to testify to these facts.

2. The bankruptcy estate requires professional accounting services for the purpose of administering this case.

3. The estate requires potential preference analysis, reviewing and analyzing financial records for fraudulent transfers, preparation and filing of state and federal estate tax returns, and review of financial documents to properly administer this case.

4. I have selected Hahn Fife & Company, LLP ("Hahn Fife") based on its experience in bankruptcy accounting matters, including work involving trustees, bankruptcy estates, and tax issues arising from estate asset sales. Hahn Fife has been employed as an accountant in multiple chapter 7 cases over multiple years with me while acting as trustee.

5. Donald T. Fife, CPA, is a Partner at Hahn Fife with over 30 years of experience in bankruptcy, turnaround, taxation, and fraud investigation.

6. Hahn Fife's hourly rates range from $80.00 for Staff to $540.00 for Partner. These rates are reasonable for the services to be provided.

7. To the best of my knowledge, Hahn Fife is a disinterested person as defined in 11 U.S.C. Section 101(14) and holds no interest adverse to the estate.

I declare under penalty of perjury that the foregoing is true and correct as executed at Irvine, California on December 7, 2025.

_____
Charles W. Daff

## DECLARATION OF DONALD T. FIFE

I, Donald T. Fife, declare as follows:

1. I am a duly licensed certified public accountant in the State of California and a Partner in the firm of Hahn Fife & Company, LLP.

2. I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to these facts.

3. The firm is experienced in bankruptcy matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets. I am competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the resume a copy of which is attached as Exhibit A.

4. I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and Rules.

5. I agree to the terms and conditions of employment in the foregoing application. I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. I understand that my compensation may be modified under U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to the firm.

6. The firm does not hold or represent any interest adverse to Applicant, the Debtors, the creditors, and the estate. The firm has no connection with the Debtors, the creditors, any other party in interest, their respective attorneys and accountants, United States Trustee, and person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California. The firm is a disinterested party as that term is defined in 11 U.S.C. Section 101(14). The firm holds no pre-petition claim against the estate.

7. I agree that I will not share my compensation with any person or

4

1 | entity.

2 |     8. Attached as Exhibit B is a schedule of the firm's rate of reimbursement of expenses. The firm's rates range from $80.00 for Staff to $540.00 for Partner.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Pasadena, California on 12/5/2025

Donald T. Fife
Hahn Fife & Company, LLP

5

**EXHIBIT A**

## *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 25 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate: $ 540.00

**EXHIBIT B**

## RATES FOR REIMBURSEMENT OF INCURRED EXPENSES
## HAHN FIFE & COMPANY, LLP

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER - INCOMING | $0.15 PER PAGE |
| OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Dr., Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled:   **Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o) ; Trustee's Application to Employ Hahn Fife & Company LLP as Accounts with Proof of Service**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **12/08/2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail

Andrew S Bisom    abisom@bisomlaw.com
Lynda T Bui    lbui@shulmanbastian.com, ecf.filings@shbllp.com
Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Everett L Green    everett.l.green@usdoj.gov
Stacey A Miller    smiller@tharpe-howell.com
Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
Cameron C Ridley    wcvbees@gmail.com
Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **12/08/2025** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Scott Yun, US Bankruptcy Court, 3420 Twelfth St., Riverside, CA 92501
Freight Masters USA, 779 Palmyrita Ave., Riverside, CA 92507

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/08/2025 | Charles W Daff | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

Label Matrix for local noticing
0973-6
Case 6:24-bk-16080-SY
Central District of California
Riverside
Mon Dec  8 11:42:21 PST 2025

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Enterprise Bank & Trust, its successors and/
c/o Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Fischer Auction Co. Inc.
8711 N Magnolia Ave Ste 300
Santee, CA 92071-4515

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Freight Masters USA
779 Palmyrita Ave.
Riverside, CA 92507-1811

Porsche Financial Services, Inc.
c/o Tharpe & Howell, LLP
15250 Ventura Blvd.
9th Floor
Sherman Oaks, CA 91403-3221

Shulman Bastian Friedman Bui & O'Dea LL
100 Spectrum Cener Drive
Suite 600
Irvine, CA 92618-4969

The Bison Law Group
300 Spectrum Center Drive Ste 400
Irvine, CA 92618-4989

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

All State Propane
21520 Yorba Linda Blvd G508
Yorba Linda CA 92887-3762

All State Propane
29400 Enterprise Way
Lake Elsinore, CA 92530-2708

Antonio Martinez, Jr.
779 Palmyrita Ave.
Riverside, CA 92507-1811

Athens Services
P.O. Box 54957
Los Angeles, CA 90054-0957

CA Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Cal Lift
13027 Crossroads Parkway S.
City ofIndustry, CA 91746-3406

California Choice
Grp #82108
721 S. Parker, Ste. 140
Orange, CA 92868-4715

Choice Builder
721 South Parker, Ste. 140
Orange, CA 92868-4715

Code Red
P.O. Box 1552
Montebello, CA 90640-7552

Extensiv
100 N. Pacific Coast Hwy, #100
El Segundo, CA 90245-5654

FedEx Dept. LA
P.O. Box 21415
Pasadena, CA 91185-0001

Fullerton, Lemann,
Schaefer & Dominick, LLP
1809 S. Commercenter West
San Bernardino, CA 92408-3303

Government Secure
25108 Marguerite Pkwy, Ste. A16
Mission Viejo, CA 92692-2497

IE Alarms
2375 Chicago Ave.
Riverside, CA 92507-6902

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Masters Coffee
16666 Smoketree St.
Hesperia, CA 92345-6177

Netfortris Acquisition Co.
Dept. 111017
Hartford, CT 06115

Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354-1654

RLF III West, LLC
c/o Matthew D. Pham
Allen Matkins Leck Gamble Mallory & Nats
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2795

| | | |
|---|---|---|
| RSI Insurance Brokers<br>1250 E. Copeland Road, Ste. 300<br>Arlington, TX 76011-4940 | Riverside Public Utilities<br>3901 Orange St.<br>Riverside, CA 92501-3610 | Simons Bookkeeping Service<br>6331 Lyra Road<br>Eastvale, CA 91752-3202 |
| Southwest Toyota Lift<br>3725 Nobel Ct.<br>Mira Loma, CA 91752-3267 | Spectrum Internet<br>P.O. Box 94188<br>Palatine, IL 60094-4188 | TMT Industries, Inc.<br>779 Palmyrita Ave.<br>Riverside, CA 92507-1811 |
| Toshiba Financial Services<br>P.O. Box 030310<br>Los Angeles, CA 90030-0310 | UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 |
| Wells Fargo Vendor Financial Services, LLC<br>801 Walnut Street MAC F0006-052<br>Des Moines, IA 50309-3606 | Andrew S Bisom<br>Bisom Law Group<br>300 Spectrum Center Drive<br>Ste 400<br>Irvine, CA 92618-4989 | Charles W Daff (TR)<br>100 Spectrum Center Drive<br>Suite 600<br>Irvine, CA 92618-4969 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)RLF III West, LLC | (d)FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>PO Box 2952<br>SACRAMENTO, CA 95812-2952 |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44