Charles W. Daff (State Bar No. 76178)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (657) 218-4800
Facsimile: (657) 218-4858
Email: charleswdaff@gmail.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| In re: | Case No. 6:24-bk-16080-SY |
|---|---|
| FREIGHT MASTERS USA | Chapter 7 |
| | **NOTICE TO PROFESSIONALS TO FILE APPLICATION FOR COMPENSATION** |
| Debtor(s). | (No hearing required) |

TO THE U.S. BANKRUPTCY COURT - ASSET CLOSING SECTION, U.S. TRUSTEE, ATTORNEY FOR THE DEBTOR, AND EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(2)(d)(ii).

Dated: July 15, 2026

_____
Charles W. Daff
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Spectrum Center Drive Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (specify): **Notice to Professionals to File Applications for Compensation with Proof of Service**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 15, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Andrew S Bisom**    abisom@bisomlaw.com
- **Lynda T Bui**    lbui@shulmanbastian.com, ecf.filings@shbllp.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Charles W Daff (TR)**    charleswdaff@gmail.com, c122@ecfcbis.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Ali Matin**    ali.matin@usdoj.gov
- **Stacey A Miller**    smiller@tharpe-howell.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Timothy J Silverman**    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY U.S. MAIL:**
On (date)  ___July 15, 2026___  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge __will be completed__ no later than 24 hours after the document is filed.

Debtor:  FREIGHT MASTERS USA, 779 PALMYRITA AVE., RIVERSIDE, CA 92507
Hon. SCOTT H. YUN, U. S. BANKRUPTCY COURT, 3420 TWELFTH STREET, SUITE 345, RIVERSIDE, CA 92501
Fischer Auction Co. Inc., 8711 N Magnolia Ave Ste 300, Santee, CA 92071
Hahn Fife & Company LLP, 1055 E. Colorado Blvd, 5th Floor, Pasadena, CA 91106

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __July 15, 2026__ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 15, 2026         Charles W. Daff

*Date*                 *Type Name*                                                 *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**