Charles Daff, Bar No. 76178
100 Spectrum Center Dr., Suite 600
Irvine, CA 92618
Telephone: (657) 218-4800
Facsimile: (657) 218-4858
Email: charleswdaff@gmail.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br>FREIGHT MASTERS USA<br><br>Debtor(s). | Case No. 6:24-bk-16080 SY<br><br>Chapter 7<br><br>REQUEST FOR COURT COSTS |

TO THE CLERK OF THE COURT:

The undersigned Trustee is prepared to file a Final Report and Account and hereby requests that the Clerk of the Court provide the court costs that have been incurred in this case to date to include them in the Final Report and Account.

DATED: July 15, 2026

[signature]

Charles Daff, Trustee